# EXHIBIT 14

# POLICE CRIMINAL COMPLAINT
## COMMONWEALTH OF PENNSYLVANIA
### VS.

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF BERKS**

Magisterial District Number: 23-3-05
MDJ; Hon.: THOMAS M GAUBY SR
Address: 2739 BERNVILLE ROAD, LEESPORT, PA. 19533
Telephone: 610-916-4496

**DEFENDANT (NAME and ADDRESS):**
First Name: DANIEL
Middle Name: Redacted
Last Name: SHARKEY
Gen:

### NCIC Extradition Code Type
- [ ] 1-Felony Full
- [ ] 2-Felony Ltd.
- [ ] 3-Felony Surrounding States
- [ ] 4-Felony No Ext
- [ ] 5-Felony Pend.
- [ ] A-Misdemeanor Full
- [ ] B-Misdemeanor Limited
- [ ] C-Misdemeanor Surrounding States
- [ ] D-Misdemeanor No Extradition
- [ ] E-Misdemeanor Pending
- [ ] Distance:

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | SID: | Request Lab Services? |
|---|---|---|---|---|---|
| CR-7-2015 | 1-14-15 | T 610456-0 | 54-14-5659 | | [ ] YES [X] NO |

GENDER: [X] Male  [ ] Female
DOB: Redacted
POB:
Add'l DOB: First Name / Middle Name / Last Name / Gen.
Co-Defendant(s): [ ]
AKA:

RACE: [X] White  [ ] Asian  [ ] Black  [ ] Native American  [ ] Unknown
ETHNICITY: [ ] Hispanic  [X] Non-Hispanic  [ ] Unknown

HAIR COLOR:
- [ ] GRY (Gray)  [ ] RED (Red/Aubn)  [ ] SDY (Sandy)  [ ] BLU (Blue)  [ ] PLE (Purple)  [ ] BRO (Brown)
- [ ] BLK (Black)  [ ] ONG (Orange)  [ ] WHI (White)  [ ] XXX (Unk/Bald)  [ ] GRN (Green)  [ ] PNK (Pink)
- [ ] BLN (Blonde / Strawberry)

EYE COLOR:
- [ ] BLK (Black)  [X] BLU (Blue)  [ ] BRO (Brown)  [ ] GRN (Green)  [ ] GRY (Gray)
- [ ] HAZ (Hazel)  [ ] MAR (Maroon)  [ ] PNK (Pink)  [ ] MUL (Multicolored)  [ ] XXX (Unknown)

Driver License: State / License Number: Redacted / Expires: 05/01/15
WEIGHT (Lbs.): 200
DNA: [ ] YES [X] NO   DNA Location:
HEIGHT: 6 ft 0 in
BI Number:    MNU Number:
Defendant Fingerprinted: [ ] YES [X] NO
Fingerprint Classification:

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat | Registration Sticker (MM/YY) | Comm'l Veh. Ind. | School Veh. | Oth. NCIC Veh. Code | Reg. same as Def. |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | | Model | Style | Color | |

Office of the attorney for the Commonwealth  [X] Approved  [ ] Disapproved Because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth Prior to filing. See Pa.R.Crim.P. 507).

_Leigh Rotender_ (Name of the attorney for the Commonwealth-Please Print or Type)
(Signature of the attorney for the Commonwealth)
(Date) 1/14/15

I, **DET. SGT. M.A. HOFFERT** (Name of the Affiant-Please Print or Type)
PSP/MPOETC Assigned Affiant ID Number and Badge #: 005  1041
of **Bern Township Police Department** (Identify Department or Agency Represented and Political Subdivision)
(Police Agency ORI Number): PA0063100

do hereby state: (check appropriate box)

1. [X] I accuse the above named defendant who lives at the address set forth above
   [ ] I accuse the defendant whose name is unknown to me but who is described as _____
   [ ] I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

with violating the penal laws of the Commonwealth of Pennsylvania at [ 06/204 ] (Subdivision Code) (Place-Political Subdivision)  MAG. DIST. 23-3-05

**1040 BERKS ROAD, LEESPORT, PA. 19533, BERN TOWNSHIP, BERKS COUNTY**

in BERKS County [ 06 ] (County Code) on or about THE MONTH OF AUGUST 2014.

Berks 02929

AOPC 412A - Rev. 07/10                                      Page ___ of ___

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 01/20/2015 | OTN/LiveScan Number | Complaint/Incident Number 54-14-5659 |
|---|---|---|---|
| Defendant Name | First: DANIEL | Middle: | Last: SHARKEY |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA.C.S. §4904) relating to unsworn falsification to authorities.

4. This complaint is comprised of the preceding page, as well as the attached pages that follow, numbered _____ through _____

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statues cited
(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

____January 14____, 2015        ___O/Sgt. M. Heffe___
       (Date)                          (Signature of Affiant)

AND NOW, on this date ___1/14/15___ I certify that the complaint has been properly completed and verified

An affidavit of probable cause must be completed before a warrant can be issued.

___23-3-05___                    ___[signature]___
(Magisterial District Court Number)    (Issuing Authority)

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 01/20/2015 | OTN/LiveScan Number | Complaint/Incident Number 54-14-5659 |
|---|---|---|---|
| Defendant Name | First: DANIEL | Middle: | Last: SHARKEY |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§213.1-213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|
| ☐ Lead? | 3124.2 Offense # Section | (a) Subsection | of the | PA Crimes Code PA Statute (Title) | 7 Counts | F-3 Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (If Applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |

Statute Description (Include the Name of the Statute or Ordinance):
**INSTITUTIONAL SEXUAL ASSAULT**

Acts of the accused associated with this Offense:
**PACC 3124.2 (a) Institutional Sexual Assault,**

IN THAT, on or about said date(s), the DANIEL W. SHARKEY, did being an employee or agent of the Department of Corrections or a County correctional authority, youth development center, youth forestry camp, State or County juvenile detention facility, other licensed Residential facility sevring children and youth, or mental health or mental retardation facility or institution engage in sexual intercourse, or indecent contact with a E.D. who was a detainee, in violation Section 3124.2 (a) of the PA Crimes Code. 18 P.S. 3124.2 (a), Felony-3

# POLICE CRIMINAL COMPLAINT



| Docket Number: | Date Filed: 01/20/2015 | OTN/LiveScan Number | Complaint/Incident Number 54-14-5659 |
|---|---|---|---|
| Defendant Name: | First: DANIEL | Middle: | Last: SHARKEY |

## AFFIDAVIT OF PROBABLE CAUSE

On August 19, 2014 the Bern Township Police Department received a report from Diane Edwards the Executive Director of the Berks County Residential Center, regarding a possible inappropriate relationship between an employee and a 19 year old female resident.

The Berks County Residential Center is located at 1040 Berks Road, Leesport Pennsylvania 19533, Bern Township, Berks County. The Center houses detainees for the Department of Homeland Security, Immigration and Customs Enforcement. The Center is staffed and operated by Berks County employees under a contract with the U.S. Government. The detainees are for the most part mothers with their children and a hand full of males that have been detained by the Federal Government and are in removal proceedings.

Information received from Edwards was that an Immigration and Customs Enforcement; (ICE) detainee Witness 1, had reported to Shelter Care Counselor; Jeneake Y. Torres that a Shelter Care Counselor; (SCC) by the name of Daniel W. Sharkey was involved in an inappropriate sexual relationship with an ICE detainee by the name of    E.D.    . Due to Witness 1's report Edwards conducted an internal investigation interviewing several detainees and staff members who provided varying accounts of what was observed and heard throughout the Center. As a result of the Center's investigation Dan Sharkey was suspended and eventually terminated for violations of employee policies.

Edwards also reported the incident to Immigration and Customs Enforcement. I was contacted by Office of Professional Responsibility Senior Special Agent Michael Fischgrund. We were provided copies of the surveillance videos and after review observed SCC Sharkey and    E.D.    had on several occasions met for extended periods of time, (30 minutes) inside a female resident restroom. Sharkey was seen in the hallway of the location of    E.D.    bedroom several times and entering female bedrooms in that hallway with    E.D.    . Sharkey was seen in the Center's Chapel, entering a laundry room, eating dinner, and watching T.V. with    E.D.    in the common area of the Center.

On October 01, 2014 Senior Special Agent Fischgrund and I began a criminal investigation into the alleged incidents, beginning with interviews of detainees identified on the surveillance recordings and who had made complaints to Center Staff.

Two of the subjects interviewed are juvenile detainees and they both had personally seen Sharkey and    E.D.    enter, or in the female restroom. One female juvenile interviewed, Witness 2, reported that on August 10, 2014 she had entered the bathroom and states she found Sharkey and    E.D.    in a stall, together. During her interview Witness 2 stated that when she entered the bathroom stall area Sharkey had his hands on    E.D.    hips adjusting her shorts. She did not know if Sharkey was pulling down or pulling up    E.D.    shorts. Witness 3 a male juvenile, had watched E.D.    E.D.    enter the female restroom and then a few moments later seen SCC Sharkey enter the same restroom which he thought was not normal. Witness 3 stated he knocked on the restroom door several times because he was curious as to why SCC Sharkey had entered the restroom.



# POLICE CRIMINAL COMPLAINT
## AFFIDAVIT CONTINUATION PAGE

| Docket Number: | Date Filed: 01/20/2015 | OTN/LiveScan Number | Complaint/Incident Number 54-14-5659 |
|---|---|---|---|
| Defendant Name | First: DANIEL | Middle: | Last: SHARKEY |

# AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

October 08, 2014 an interview was conducted with ICE detainee Witness 4. Witness 4 stated that she knew both SCC Sharkey and E.D.        . Witness 4 stated that at first SCC Sharkey would act professionally towards       E.D.      , but later that began to change. Witness 4 stated that E.D.      E.D.        would be inside another female detainee, Witness 5's bedroom, and Witness 5 would make excuses to have SCC Sharkey come to her room by requesting towels, soap, etc. In the beginning SCC Sharkey would hand over the supplies at the door to the bedroom. As time went on both Witness 5 and        E.D.        would request supplies and SCC Sharkey began going into their bedrooms. Witness 4 stated that she has observed SCC Sharkey and       E.D.       hugging and kissing each other on several occasions. Witness 4 also observed        E.D.       with SCC Sharkey's cell phone one evening. Witness 4 stated that the other ICE detainees were upset with what appeared to be an inappropriate, non-professional relationship between SCC Sharkey and          E.D.        .

October 08, 2014 an interview was conducted with ICE detainee Witness 6. Witness 6 stated that she knew     E.D.      as    E.D.    and SCC Sharkey as "Dan". Witness 6 stated that on an evening in August of 2014 she had seen        E.D.         and SCC Sharkey, hugging and kissing each other on the mouth like girlfriend and boyfriend inside the entrance to Witness 7's bedroom as she walked by the bedroom. Witness 6 states she walked down the hallway a little way then turned around at which time she seen three juvenile ICE detainees watching          E.D.         and SCC Sharkey. Witness 6 returned to her room and instructed the three juveniles to go to sleep at which time her daughter told her she had already seen        E.D.        and SCC Sharkey hug and kiss. Witness 6 also stated that this same date she had seen       E.D.       with a cell phone while inside Witness 7's bedroom.

October 23, 2014 and again on December 18, 2014 an interview was conducted with ICE detainee Witness 7. Witness 7 was identified by staff and other detainees as          E.D.        best friend.

Witness 7 stated that on numerous occasions she acted as a look out for Sharkey and        E.D.        while they were in the bedrooms hugging and kissing. Witness 7 stated she had not actually seen Sharkey and       E.D.       have intercourse but        E.D.       had told her they did. Witness 7 was shown a silver men's ring with " ANAM CARA" engraved in Celtic inscription that was found on         E.D.         person by staff members. Witness 7 was asked if she had ever seen the ring before. Witness 7 stated that she had seen Dan Sharkey remove the ring from his finger and give it to        E.D.       .

On December 04, 2014 during a recorded interview with          E.D.          at the Berks County District Attorney Detective's office she admitted that she and Dan Sharkey had a sexual relationship while Dan Sharkey was employed at the Residential Center.      E.D.       stated that they would meet in the several different areas of the center to include female resident's bathrooms, female resident's bedrooms, laundry rooms and the chapel to hug and kiss.

     E.D.       stated that Sharkey told her she was pretty and he liked her a lot. The relationship progressed over a two month period during which time        E.D.        states her and Sharkey had sexual intercourse on three (3) occasions where his penis entered her vagina. Twice in a female's bathroom on

**POLICE CRIMINAL COMPLAINT**
AFFIDAVIT CONTINUATION PAGE



| Docket Number: | Date Filed: 01/20/2015 | OTN/LiveScan Number | Complaint/Incident Number 54-14-5659 |
| --- | --- | --- | --- |
| Defendant Name | First: DANIEL | Middle: | Last: SHARKEY |

## AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

the same day, within hours of each encounter and once in a bathroom of a female resident's bedroom.
E.D. stated that on each occasion prior to having intercourse Sharkey would perform oral sex on her and the last time they had intercourse she performed oral sex on him. E.D. stated that there were other occasion that the two of them were alone and Sharkey wanted her to touch his penis, but she refused. E.D. stated when she refused Sharkey would become annoyed asking her why she would not touch him.

E.D. stated that she consented to having sexual relations with Sharkey, but at the same time felt that she had to or else he would get annoyed with her. E.D. stated that she felt if she did not consent to Sharkey's requests there would be negative repercussions for her because Sharkey had told her if anyone found out about their relationship she would get deported and he would go to jail.

E.D. stated that during their relationship Sharkey had given her his cell phone to take pictures of her in various stages of undress and to communicate with her. E.D. stated that prior to her and Sharkey having intercourse, he had given her a ring that he used to wear on his finger. The ring was silver and had an inscription on it which she did not know the meaning of. Sharkey had given the ring to Witness 7 to give to her so that she would remember him. E.D. stated that Sharkey had also given her several of his t-shirts and photographs of himself that she had destroyed after he no longer worked at the center. E.D. stated she now feels that she had been taken advantage of by Sharkey.

E.D. stated that Sharkey had told her on more than one occasion that he loved her and she believed they would have a life together once she was released from the center.

Based on your affiant's investigation, education, training and experience in law-enforcement, I submit that there are specific and articulable facts contained within this affidavit of Probable Cause that support probable cause to believe that Daniel Sharkey, on several occasions committed the crime of Institutional Sexual Assault.

The statements contained in this affidavit of Probable Cause are based on information provided to the affiant by the victim and witnesses with whom have knowledge of facts surrounding this investigation.

This affidavit is prepared and filed on information received and investigation conducted.



# POLICE CRIMINAL COMPLAINT
## AFFIDAVIT CONTINUATION PAGE

| Docket Number: | Date Filed: 01/20/2015 | OTN/LiveScan Number | Complaint/Incident Number 54-14-5659 |
|---|---|---|---|
| Defendant Name | First: DANIEL | Middle: | Last: SHARKEY |

## AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

I, **DET. SGT. M. A. HOFFERT**, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_D/Sgt. M.A. Hoffert_
(Signature of Affiant)

Sworn to me and subscribed before me this 14TH day of Jan, 15

1/14/15 Date _____, Magisterial District Judge

My commission expires first Monday of January, 2018