# EXHIBIT 15



# COUNTY OF BERKS, PENNSYLVANIA
## Residential Center
## Family Residential Program

1040 Berks Road  
Leesport, PA 19533

Phone: 610-396-0310  
Fax: 610-396-9218

**Diane Edwards, Executive Director**

To: Management  
From: Brandon Witmer, Supervisor  
Date: 8/18/14  
Re: Interview Luz Carranza-Miranda [Redacted], Esmeralda Quispe-Carranza [Redacted]

On the above mentioned date, residents Luz Carranza-Miranda [Redacted] and Esmeralda Quispe-Carranza [Redacted] were interviewed by Supervisor Ben Schneider and myself utilizing Language Services. Ana and Jennifer were questioned on some allegations brought forth the previous day regarding resident E.D. E.D. and Shelter Care Counselor (SCC) Dan Sharkey. It was explained to them the importance of the severity of the allegations alleged and honesty in their answers. We also informed them that all of their answers shall remain confidential and will not be shared with any staff or residents here in the Residential Center. Both stated that they understood.

Question 1: We asked Esmeralda if she witnessed E.D. and SCC Dan kiss at all here at the Residential Center.
Answer 1: She said no. She stated that she saw E.D. at her, Esmeralda's, bathroom with a black Iphone. She explained that her bedroom is #12 and that is not E.D.'s bedroom.

Question 2: We asked her if she had witnessed anything else.
Answer 2: She stated that she has seen E.D. and SCC Dan inside of Patricia Trochez-Rivera's [Redacted] bedroom talking. This was bedroom #13, also not E.D.'s bedroom.

Question 3: We asked Luz if she had ever witnessed anything.
Answer 3: She stated that she saw E.D. and SCC Dan at the playground outside talking. Luz and Esmeralda were also outside and wanted to re-enter the building. She stated that she called to SCC Dan four times for help in letting her back inside with no reply while he was in conversation with Esmery. Another staff that had exited the building, SCC Jillian Noll had then let the two back inside. She was not sure on the date of that incident. She also explained that about one month ago (not sure of date or time at all) she saw Patricia go to her bedroom to see if anyone was there. She then came out to the courtesy desk on the B Floor and requested soap for her bathroom from SCC Dan. Luz said that after a little while inside the room with the soap, she saw SCC Dan and E.D. exit the room. She was not sure of any other details about this due to it being a long time ago.

_____  8-19-14  
Luz Carranza-Miranda [Redacted]      Date

_____  8-19-14  
Esmeralda Quispe-Carranza [Redacted]  Date

---

Mark C. Scott  
County Commissioner

Christian Y. Leinbach  
County Commissioner

Kevin S. Barnhardt  
County Commissioner

_____  8/19/14
Supervisor Ben Schneider    Date

_____  8/19/14
Supervisor Brandon Witmer   Date



# COUNTY OF BERKS, PENNSYLVANIA
## Residential Center
## Family Residential Program

1040 Berks Road  
Leesport, PA 19533

Phone: 610-396-0310  
Fax: 610-396-9218

**Diane Edwards, Executive Director**

8/17/14

Nancy Miranda Morales # stated that E.D. had Dan's phone for about 20 minutes outside yesterday 8-16-14 at about 7:45pm.

_____  
Tim Phillips, Supervisor

8-17-14  
Date

Mark C. Scott  
County Commissioner

Christian Y. Leinbach  
County Commissioner

Kevin S. Barnhardt  
County Commissioner

www.countyofberks.com  
Berks 02593