# EXHIBIT 16

# Edwards, Diane

| | |
|---|---|
| **From:** | Allain, Sean CDR <<span style="color:red">Redacted</span> ▮> |
| **Sent:** | Monday, August 18, 2014 12:23 PM |
| **To:** | Edwards, Diane |
| **Cc:** | Pepe, Patricia; Ritchey, Jennifer D |
| **Subject:** | FW: RE: Resident Allegations |

Diane,

This is the other email from Mike.

CDR Sean Allain, MSW, LCSW, BCD
Health Services Administrator

| ICE Health Service Corps-Berks | ICE Health Service Corps-York |
|---|---|
| 1040 Berks Road | 3400 Concord Road |
| Leesport, PA 19533 | York, PA 17402 |
| <span style="color:red">Redacted</span>(o) | <span style="color:red">Redacted</span>(o) |
| ▮(f) | ▮(f) |
| ▮(bb) | |

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

---

**From:** Mosko, Michael T (CTR)
**Sent:** Monday, August 18, 2014 12:13 PM
**To:** Allain, Sean CDR; Clement, Julie M LT
**Subject:** RE: Resident Allegations

Sean & Julie,

I met with resident Ana RIVERA () at her request this morning. In session, Ms. Rivera expressed concerns that her legal status/case would be negatively impacted by events that apparently occurred this weekend between another adult female resident and a male staff member. She expressed concern that somehow she was be in trouble because her daughter informed staff of what she (i.e., her daughter, J▮▮▮▮▮ [<span style="color:red">Redacted</span>]) witnessed in the bathroom between this resident and male staff. I educated Ms. Rivera that no repercussions to her or her daughter would occur for telling what either witnessed. Of note, Ms. Rivera continued by indicated that she was upset with the idea that other residents would not respect staff at this facility by engaging in comportment that might be inappropriately suggestive. She also expressed concern that staff would take furtherance on such comportment. Lastly, Ms. Rivera indicated that her daughter is now "afraid" to go to the bathroom by herself because of what she witnessed. I stated that I would meet with her and help her process these fears and concerns. Ms. Rivera commented that she would speak with Jennifer after lunch today and get back to me this afternoon.

Mike

**Michael Mosko, Psy.D., ABPP**
Licensed Psychologist
Board Certified in Clinical Psychology
Fellow of the American Academy of Clinical Psychology
ICE Health Service Corps (IHSC) Contractor
STG International
Berks County Residential Center
1040 Berks Road
Leesport, PA 19533

o: 
f:
e:
e:

CONFIDENTIALITY NOTICE: THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. ANY CLINICAL INFORMATION CONVEYED IN THIS MESSAGE DOES NOT CONSTITUTE THE ESTABLISHMENT OF A THERAPEUTIC RELATIONSHIP. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORGINIAL MESSAGE.


**WARNING:** THIS DOCUMENT IS **UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).** IT CONTAINS INFORMATION THAT MAY BE EXEMPT FROM PUBLIC RELEASE UNDER THE FREEDOM OF INFORMATION ACT (5 U.S.C. 552). IT IS TO BE CONTROLLED, STORED, HANDLED, TRANSMITTED, DISTRIBUTED, AND DISPOSED OF IN ACCORDANCE WITH DHS POLICY RELATING TO FOUO INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF AN AUTHORIZED DHS OFFICIAL. NO PORTION OF THIS REPORT SHOULD BE FURNISHED TO THE MEDIA, EITHER IN WRITTEN OR VERBAL FORM.

**Edwards, Diane**

| | |
|---|---|
| **From:** | Moyer, Thomas L |
| **Sent:** | Monday, August 18, 2014 1:13 AM |
| **To:** | Phillips, Timothy; Smith, David; Edwards, Diane |
| **Subject:** | RE: Dan Sharkey |

I burned the laundry room incident onto DVD that resident Claudia Flores Rios `Redacted` told Tim about. It shows Dan S. going into the laundry room and a couple minutes later a resident goes in while he is still inside. I placed it on Dave S. desk with the DVD Tim burned earlier.

---

**From:** Phillips, Timothy
**Sent:** Sunday, August 17, 2014 7:46 PM
**To:** Smith, David; Edwards, Diane
**Cc:** Moyer, Thomas L
**Subject:** Dan Sharkey

Tom sat in with me for some of the interviews, after speaking to the residents this is what was found out:

Ana Riveras `Redacted` daughter J `Redacted` witnessed Dan and `E.D.` last Sunday supposedly walking out of the bathroom and Dan appeared to be pulling his pants up.
   Linda Rosales Nunez `Redacted` son M `Redacted` saw Dan and `E.D.` coming out from behind a tree outside(no date or time).
Ana RodriguezSutuc `Redacted` saw Dan kiss Patricia Trochez Rivera by her room door last night Saturday 8-16-14 around 8:40 pm. She also had Dans phone last night in the room. Her daughter(Y `Redacted` ) also witnessed the two of them behind a tree last night 8-16-14 around 6:30pm one was supposedly on top of the other one.
   Aguedita Ordonez Tevalan overheard residents talking about `E.D.` and Dan kissing in the laundry room but she did not know when that was.
Claudia Flores Rios `Redacted` saw Dan and `E.D.` hugging and kissing numerous times but could not give any dates or times. But she did witness `E.D.` have Dan's phone last night 8-16-14 in her room. She also stated that Patricia is a lookout for `E.D.` and Dan when they are together. And that Ryan Reabold saw Dan and `E.D.` kiss last night in the laundry room.
Luz Carranza Miranda `Redacted` saw Dan and `E.D.` inside Patricia's bathroom weeks ago, no exact date or time. Her daughter E `Redacted` saw Dan and `E.D.` together outside yesterday 8-16-14.
Nancy Miranda Morales # stated that `E.D.` had Dan's phone for about 20 minutes outside yesterday 8-16-14 at about 7:45pm.

Thanks, Tim

| | |
|---|---|
| **From:** | Wetzel, Arnel |
| **Sent:** | Tuesday, August 19, 2014 1:32 PM |
| **To:** | Edwards, Diane |
| **Subject:** | RE: Sharkey investigation |

Diane,

Thanks for all the information.  Hello, from the great state of Utah !  Not good and very concerning on my part.

Just one thing I noticed in your documentation.  On the second or third last page of document 1, during the room checks by J. Noll.  She had to see Sharkey in that room, and it is noted from the video Sharkey never leaves after Noll does the check.  Anybody talk with her?  Why wouldn't she had said or told him to move on.  I can't imagine it is standard for a male staff member to be in a female's room for an extended period of time.

I'll be following out here.  If we need to talk directly, don't hesitate to give me a call.  Work cell is Redacted or on my personal cell.

Thanks.

AW

*Arnel R. Wetzel, Jr*
*Director of Human Resources*
*County of Berks Human Resources Department*
*633 Court Street, 8th Floor*
*Reading, PA  19601*
Redacted

---

**From:** Edwards, Diane
**Sent:** Tuesday, August 19, 2014 11:45 AM
**To:** Trish Pepe; Krishock, Robert F (Redacted ; Wildner, Jesse
**Cc:** Smith, David; Ritchey, Jennifer D; Baittinger, Joanna; Geffken, Carl; Weaknecht, Jessica; Wetzel, Arnel
**Subject:** Sharkey investigation

Hello everyone,

Attached is all the paperwork that I have currently gathered for the Sharkey investigation. We have three videos that are burned on disc, and can be viewed at any time at the facility (the time line and description of the videos is in the first attachment).

1. First attachment: Is all the signed statements from staff and residents about the incident, then are the video timelines, and the last document of the attachment is written by staff Brittany Rothermel (she documented the conversation she had with the 9 year old resident, J Redacted .
2. The second attachment is the photo Jennifer drew about the incident she witnessed.
3. The third attachment is all the signed trainings that Dan Sharkey as be given at the BCRC.

**Edwards, Diane**

| | |
|---|---|
| **From:** | Wetzel, Arnel |
| **Sent:** | Tuesday, August 19, 2014 2:46 PM |
| **To:** | Edwards, Diane |
| **Subject:** | RE: Sharkey investigation |

No issue, just noticed she came through and he was milling around/in a room for an extended period of time. That would raise my suspicion.

███████████████████████████████████████████

Talk soon.

AW

*Arnel R. Wetzel, Jr*
*Director of Human Resources*
*County of Berks Human Resources Department*
*633 Court Street, 8th Floor*
*Reading, PA 19601*
**Redacted**

---

**From:** Edwards, Diane
**Sent:** Tuesday, August 19, 2014 1:57 PM
**To:** Wetzel, Arnel
**Subject:** RE: Sharkey investigation

She was doing a sweep of the hallway and yes there will be several staff that will be spoken to you, dealing with Dan first then the others. Never a dull moment.

Utah??

**Diane Edwards|Executive Director**
**Berks County Residential Center|Family Immigration Program**
1040 Berks Road | Leesport, PA 19533
T Redacted | F Redacted
Redacted                    www.countyofberks.com

---

**From:** Wetzel, Arnel
**Sent:** Tuesday, August 19, 2014 1:32 PM
**To:** Edwards, Diane
**Subject:** RE: Sharkey investigation

Diane,

Thanks for all the information. Hello, from the great state of Utah ! Not good and very concerning on my part.