# EXHIBIT 17



# COUNTY OF BERKS, PENNSYLVANIA
## Residential Center
## Family Residential Program

1040 Berks Road
Leesport, PA 19533

Phone: 610-396-0310
Fax: 610-396-9218

**Diane Edwards, Executive Director**

To: Management
From: Brandon Witmer, Supervisor
Date: 7/12/14
Re: Dan Sharkey Documentation

Shelter Care Counselor Dan Sharkey came to me today concerned that one of the residents may be flirting with him. He informed me that ████████ E.D. ████████ (female age 19) has been smiling at him and following him around in the program a lot. He stated that she spoke with him the other day and had talked about asking if he was married and how old he was. He explained to her that it was inappropriate to talk about any of this and that residents were not to act in this manner while they are here. I told him that he should maintain a professional distance and be mindful of his surroundings and utilize other staff (especially females) if he needs to interact with this particular resident at all. I also informed him to immediately speak to a Supervisor if anything else should transpire. I did confirm with him and he did explain the rules and consequences to her of these actions.

Supervisor Brandon Witmer

7/12/14

Mark C. Scott
County Commissioner

Christian Y. Leinbach
County Commissioner

Kevin S. Barnhardt
County Commissioner

www.cBerkyof56ks.com

| | |
|---|---|
| **From:** | Witmer, Brandon |
| **Sent:** | Saturday, July 12, 2014 4:27 PM |
| **To:** | Smith, David |
| **Subject:** | Documentation |

Just wanted to make you aware that SCC Dan Sharkey came to me today concerned that one of the residents may be flirting with him. He informed me that ████████ E.D. ████████ (female age 19) has been smiling at him and following him around in the program a lot. He stated that she spoke with him the other day and had talked about asking if he was married and how old he was. He explained to her that it was inappropriate to talk about any of this and that residents were not to act in this manner while they are here. I told him that he should maintain a professional distance and be mindful of his surroundings and utilize other staff (especially females) if he needs to interact with this particular resident at all. I also informed him to immediately speak to a Supervisor if anything else should transpire. I did confirm with him and he did explain the rules and consequences to her of these actions.

**Brandon Witmer**
**1st Shift Supervisor**
**Berks Family Residential Center**
Redacted



# COUNTY OF BERKS, PENNSYLVANIA
## Residential Center
## Family Residential Program

1040 Berks Road
Leesport, PA 19533

Phone: 610-396-0310
Fax: 610-396-9218

**Diane Edwards, Executive Director**

August 19, 2014

Dan Sharkey about a month ago did approach me outside joking about ██████ E.D. ██████ following him outside when he has the post. He stated she would sit near him at which point I instructed him like the other male staff to keep his professional distance from the resident and watch his interaction with her and other female residents. Dan stated something like "Yea, Yea, Yea, I know, I know".

Supervisor Len Kopetsky

Mark C. Scott
County Commissioner

Christian Y. Leinbach
County Commissioner

Kevin S. Barnhardt
County Commissioner

www.countyofberks.com
Berks 02528



# COUNTY OF BERKS, PENNSYLVANIA
## Residential Center
## Family Residential Program

1040 Berks Road
Leesport, PA 19533

Phone: 610-396-0310
Fax: 610-396-9218

**Diane Edwards, Executive Director**

8-21-14

Sometime around mid July when I got back from vacation Supervisor Brandon Witmer had told me that SCC Dan Sharkey approached him about a resident that was following him around the facility and making kissing faces at him and that he was feeling uncomfortable about it. Brandon told me that he documented it and that he told him to keep his distance and bring anything else that happens up to management. It was within that same week, possibly the next day, Scc Dan Sharkey approached me in the office and told me the same things he told Brandon and added that she (The resident in question) had tried to follow him into the cleaning closet but he went in and shut the door. I told him to maintain his distance and document anything he felt he needed to in order to keep himself clear of any incidents. I told him if he needed us to augment his post for a particular day ie: if he is the outside post and she is out there and he becomes uncomfortable, then he just needs to call a Supervisor and we will change his post so that he is on camera. He said that it was no big deal and he just wanted to make us aware. This is the last time he brought anything to my attention regarding this resident.


Supervisor
Jason Mills

_____

Mark C. Scott
County Commissioner

Christian Y. Leinbach
County Commissioner

Kevin S. Barnhardt
County Commissioner

www.countyofberks.com
**Berks 02424**