# EXHIBIT 43

DROIGSA-10-0003
## INTERGOVERNMENTAL SERVICE AGREEMENT
BETWEEN THE
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
WASHINGTON, DC
AND
BERKS COUNTY, PENNSYLVANIA

This Intergovernmental Service Agreement ("Agreement") is entered into between United States Department of Homeland Security Immigration and Customs Enforcement ("ICE"), and Berks County, Pennsylvania (**"Service Provider"**) for the <u>Residential care of alien families ("residents") or juvenile delinquents ("detainees") while awaiting deportation</u> . The term "Parties" is used in this Agreement to refer jointly to ICE and the Service Provider.

## FACILITY LOCATION:
The Service Provider shall provide detention services for residents/detainees at the following institution(s):
**Berks County, Pa**
**1243 County Welfare Road**
**Leesport, PA  19533**

**The following constitute the complete agreement:**
- INTERGOVERNMENTAL SERVICE AGREEMENT (IGSA)
- PROPOSAL, DATED 4/21/08 as modified (Incorporated by reference)
- ATTACHMENT 1—RESIDENTIAL STATEMENT OF WORK
- ATTACHMENT 2—QUALITY CONTROL PLAN (to be inserted at time of award)
- ATTACHMENT 3—QUALITY ASSURANCE SURVEILLANCE PLAN (w/ PRS, CDR and PMT)
- ATTACHMENT 4—STAFFING PLAN (to be inserted at time of award)
- ATTACHMENT 5—LABOR STANDARDS
- ATTACHMENT 6—WAGE DETERMINATION Number 2007-0549, Rev 1 Dated 29 Oct 2007
- ATTACHMENT 7 – ICE/DRO RESIDENTIAL STANDARDS (Incorporated by Reference).

**IN WITNESS WHEREOF,** the undersigned, duly authorized officers, have subscribed their names on behalf of the Berks County and Department of Homeland Security, U.S. Immigration and Customs Enforcement.

**ACCEPTED:**                                   **ACCEPTED:**
U.S. Immigration and Customs Enforcement        **County of Berks, PA**


Contracting Officer                             [Title]
Matthew Marshman                                Print Name:_____
Date: _____ __             Date: _____

## Article I.  Purpose

A. <u>Purpose:</u>  The purpose of this Intergovernmental Service Agreement (IGSA) is to establish an Agreement between ICE and the Service Provider for the detention and care of persons detained under the authority of Immigration and Nationality Act, as amended. All persons in the custody of ICE are "Administrative <u>Residents/Detainees</u>".  This term recognizes that ICE residents/detainees are not charged with criminal violations and are only held in custody to assure their presence throughout the administrative hearing process and to assure their presence for removal from the United States pursuant to a lawful final order by the Immigration Court, the Board of Immigration Appeals or other Federal judicial body.

B. <u>Responsibilities:</u>  This Agreement sets forth the responsibilities of ICE and the Service Provider.  The Agreement states the services the Service Provider shall perform satisfactorily to receive payment from ICE at the rate prescribed in Article I, C.

C. <u>Guidance:</u>   This is a fixed rate agreement, not a cost reimbursable agreement, with respect to the detainee day rate.  The residential/detainee daily rate and fixed monthly costs are as follows:

| | |
|---|---|
| Criminal Juvenile per day rate (Berks County Youth Center) | REDACTED |
| | |
| Monthly Fixed Costs (March – June 2010) | REDACTED |
| Monthly Fixed Costs (July 2010 and forward) | REDACTED |
| Per person/ per day rate | REDACTED |

ICE shall be responsible for reviewing and approving the costs associated with this Agreement and subsequent modifications utilizing all applicable federal procurement laws, regulations and standards in arriving at the detainee day rate.

## Article II.  General

A. <u>Funding:</u>  The obligation of ICE to make payments to the Service Provider is contingent upon the availability of Federal funds.  ICE will neither present residents/detainees to the Service Provider nor direct performance of any other services until ICE has the appropriate funding.  Orders will be placed under this Agreement when specific requirements have been identified and funding obtained.  Performance under this Agreement is not authorized until the Contracting Officer issues an order, in writing. The effective date of the Agreement will be negotiated and specified in an order to this Agreement by the Contracting Officer.  This Agreement is neither binding nor effective unless signed by the Contracting Officer.  Payments at the approved rate will be paid upon the return of the signed Agreement by the authorized Local Government official to ICE.

B. <u>Subcontractors:</u>  The Service Provider shall notify and obtain approval from the Contracting Officer if it intends to house residents/detainees in a facility other than the Facility named in this Agreement.  If either that facility or any future facility is operated

by an entity other than the Service Provider, ICE shall treat the entity as a subcontractor to the Service Provider. The Service Provider shall obtain the Contracting Officer's approval before subcontracting the detention and care of residents/detainees to another entity. The Contracting Officer has the right to deny, withhold, or withdraw approval of the proposed subcontractor. Upon approval by the Contracting Officer, the Service Provider shall ensure that any subcontract includes all provisions of this Agreement, and shall provide ICE with copies of all subcontracts. All payments will be made to the Service Provider. ICE will not accept invoices from, or make payments to a subcontractor.

C. <u>Consistent with Law</u>: This is a firm fixed rate agreement, not cost reimbursable agreement. This Agreement is permitted under applicable statutes, regulation, policies or judicial mandates. Any provision of this Agreement contrary to applicable statutes, regulation, policies or judicial mandates is null and void and shall not necessarily affect the balance of the Agreement.

D. <u>Use of Service Provider's Policies and Procedures</u>: The Contracting Officer shall approve Service Provider's policies and procedures for use under this Agreement. Upon approval, the Service Provider can use its policies and procedures in conjunction with the residential/detention standards mandated under this Agreement.

E. <u>Notification and Public Disclosure</u>: No public disclosures (i.e. press releases, press conferences) regarding this IGSA shall be made by the Service Provider or any of its contractors or subcontractors without the review and approval of such disclosure by ICE Public Affairs and express permission granted by the ICE Contracting Officer.

## Article III. Covered Services

Below are the general requirements under this Agreement. Specific requirements for the services under this Agreement are stated in the attached Statement of Work. <u>See Attachment 1</u>.

A. <u>Bedspace</u>: The Service Provider shall provide male/female beds on a space available basis. The Service Provider shall house all residents/detainees as determined within the Service Provider's classification system.

B. <u>Basic Needs</u>: The Service Provider shall provide residents/detainees with safekeeping, housing, subsistence, medical services that are not provided for elsewhere and other services in accordance with this Agreement. In providing these services, the Service Provider shall ensure compliance with all applicable laws, regulations, fire and safety codes, policies and procedures. If the Service Provider determines that ICE has delivered a person for custody to reside in the residential facility who is under the age of eighteen (18) and unaccompanied by a parent or guardian, the Service Provider shall not house that person with adult residents/detainees and shall immediately notify the Contracting Officer's Technical Representative (COTR).

C.  Interpretive Services:  The Service Provider shall make special provisions for non-English speaking, handicapped or illiterate residents/detainees.  ICE will reimburse the Service Provider for the actual costs associated with providing commercial written or telephone language interpretive services.  Upon request, ICE will assist the Service Provider in obtaining translation services.  The Service Provider shall provide all instructions verbally either in English or the residents'/detainees' language, as appropriate, to residents/detainees who cannot read.  The Service Provider shall include the actual costs that the Service Provider paid for such services on its monthly invoice.  Except in emergency situations, the Service Provider shall not use residents/detainees for translation services.  If the Service Provider uses a resident/detainee for translation service, it shall notify ICE within 24 hours of the translation service.

D.  Escort and Transportation Services:  The Service Provider will provide, upon request and as scheduled by the Contracting Officer's Technical Representative (COTR) or Contracting Officer (CO), necessary escort and transportation services for residents/detainees to and from designated locations.  Escort services will be required for escorting residents/detainees to court hearings; escorting witnesses to the courtroom and any escort services as requested by an ICE judge during proceedings.  Escort and transportation services shall also include providing all such ground transportation services as may be required to transport residents/detainees securely and in a timely manner.  Transportation and/or escort services may be required to transport residents/detainees from the Facility to and from a medical facility for outpatient care.  During all transportation activities, at least one (1) transportation officer shall be of the same sex as the residents/detainees being transported.  The Service Provider shall use a communications system that has direct and immediate contact with all transportation vehicles.  Transportation and escort services shall be provided in the most economical and efficient manner.  The Service Provider personnel provided for these services shall be of the same qualifications, receive training, complete the same security clearances, and wear the same uniforms as those personnel provided for in other areas of this Agreement.  The Statement of Work shall provide specific escort and transportation services unique for this Agreement.  Reimbursement will be in accordance with paragraph F below.

E.  Guard Services:  The Service Provider agrees to provide stationary guard services on demand by the COTR or Contracting Officer and shall include, but is not limited to, escorting and guarding residents/detainees to medical or doctor's appointments, hearings, ICE interviews, and any other location requested by the COTR.  Qualified personnel employed by the Service Provider will perform such services.  The Service Provider agrees to augment such practices as may be requested by ICE to enhance specific requirements for security, resident/detainee monitoring, visitation, and contraband control.  Public contact is prohibited unless authorized in advance by the COTR or Contracting Officer.  The Service Provider shall be authorized to provide at least one (1) officer for each remote post, as directed by the COTR or Contracting Officer.  Reimbursement will be in accordance with paragraph F below.

**Berks 02663**

F. Guard and transportation services performed under paragraphs D and E above shall be denoted as separate items on submitted invoices. ICE agrees to reimburse the Service Provider for stationary guard services provided at a negotiated rate of $19.18 per hour. Any incurred overtime pay for such services will be reimbursed at the applicable overtime rate of $28.77 per hour.

G. Provided there is a separately funded line item in the task order, transportation mileage shall be reimbursed at the mileage rate established pursuant to the General Services Administration (GSA)/federal travel allowance rate in effect at the time the Contracting Officer signs the Agreement. The mileage rate for this Agreement is $0.55/mile. Mileage shall be denoted as a separate item on submitted invoices. Any adjustments to this rate in accordance with GSA mileage rates will be identified in the task order. Adjustments are not retroactive.

H. <u>Medical/Mental Health Care</u> – All medical and mental health needs will be provided for through the Division of Immigration Health Services (DIHS). The facility is responsible for the provision of appropriate space and offices to support a medical clinic operation.

I. <u>Dental Care</u> – The Service Provider retains the right to use a medical provider proposed by the contractor or to use its own Medical Provider, the United States Public Health Service (USPHS), Division of Immigration Health Services (DIHS). As such, the cost component for health services should be shown as a line item.

J. <u>On-Site Dental Health Care including Pediatric Dental Care</u>: The Service Provider shall provide on or off-site access to dental care for all residents 24 hours per day, 7 days per week. The Service Provider shall furnish the residents instructions in his or her native language for gaining access to full dental health services. DIHS is responsible for on-site health care services shall include arrival screening, sick call coverage, provision of over-the- counter medications, treatment of minor injuries (e.g. lacerations, sprains, contusions), treatment of special needs and mental health assessments. The Service Provider shall ensure that its employees solicit each resident for health complaints and deliver the complaints in writing to the DIHS health care staff. The Service Provider is responsible for transportation to and from all off-site appointments.

**Article IV. Receiving and Discharging Residents/Detainees**
A. <u>Required Activity:</u> The Service Provider shall receive and discharge residents/detainees only to and from properly identified ICE personnel or other properly identified Federal law enforcement officials with prior authorization from DHS/ICE. Presentation of U.S. Government identification shall constitute "proper identification." The Service Provider shall furnish receiving and discharging services twenty-four (24) hours per day, seven (7) days per week. ICE shall furnish the Service Provider with reasonable notice of receiving and discharging residents/detainees. The Service Provider shall ensure positive identification and recording of residents/detainees and ICE officers. The Service Provider shall not permit medical or emergency discharges except through coordination with on-duty ICE officers.

**Berks 02664**

B. Restricted Release of Residents/residents/detainees: The Service Provider shall not release residents/detainees from its physical custody to any persons other than those described in Paragraph A of Article IV for any reason, except for either medical, other emergency situations, or in response to a federal writ of habeas corpus. If a resident/detainee is sought for federal, state, or local proceedings, only ICE may authorize release of the resident/detainee for such purposes. The Service Provider shall contact the COTR immediately regarding any such requests.

C. Service Provider Right of Refusal: The Service Provider retains the right to refuse acceptance or request removal of any resident/detainee exhibiting violent or disruptive behavior, or of any resident/detainee found to have a medical condition that requires medical care beyond the scope of the Service Provider's health care provider. In the case of a resident/detainee already in custody, the Service Provider shall notify ICE and request removal of the resident/detainee from the Facility. The Service Provider shall allow ICE reasonable time to make alternative arrangements for the resident/detainee.

D. Emergency Evacuation: In the event of an emergency requiring evacuation of the Facility, the Service Provider shall evacuate residents/detainees in the same manner, and with the same safeguards, as it employs for persons detained under the Service Provider's authority. The Service Provider shall notify the Contracting Officer and COTR within two (2) hours of evacuation.

## Article V. Residential Standards

A. The Service Provider is required to house residents/detainee and perform related residential/detention services in accordance with the most current edition of the ICE/DRO Residential Standards. The links to the ICE/DRO Residential Standards can be found in Attachment 7. ICE Inspectors will conduct periodic inspections of the facility to assure compliance with the ICE/DRO Residential Standards.

B. The Service Provider shall certify to the Contracting Officer and COTR that its personnel have completed all training as required by the ICE Residential Standards, the Service Provider's own manual (if it is approved for use by the Contracting Officer), and any additional training as required in any manuals or residential/detention standards referenced in this Agreement.

## Article VI. No Employment of Unauthorized Aliens

Subject to existing laws, regulations, Executive Orders, and addenda to this Agreement, the Service Provider shall not employ aliens unauthorized to work in the United States. Except for maintaining personal living areas, residents/detainees shall not be required to perform manual labor.

## Article VII. Period of Performance

This Agreement shall become effective upon the date of final signature by the ICE Contracting Officer and the authorized signatory of the Service Provider and will remain in effect for a period not to exceed sixty (60) months unless extended by bi-lateral modification or terminated in writing by either party. Either party must provide written notice of

intentions to terminate the Agreement, 60 days in advance of the effective date of formal termination, or the Parties may agree to a shorter period under the procedures prescribed in Article X.

## Article VIII.  Inspections
The Facility and Service Provider's services shall be inspected in accordance with the following procedures:

A. Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

B. The Service Provider shall provide and maintain an inspection system acceptable to the Government covering the services under this Agreement. Complete records of all inspection work performed by the Service Provider shall be maintained and made available to the Government during performance and for as long afterwards as the Agreement requires.

C. The Government has the right to inspect and test all services called for by the Agreement, to the extent practicable at all times and places during the term of the Agreement. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

D. If the Government performs inspections or tests on the premises of the Service Provider or its subcontractor, the Service Provider shall furnish, and shall require subcontractors to furnish, at no increase in the Agreement price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

E. If any of the services do not conform to the Agreement requirements, the Government may require the Service Provider to perform the services again in conformity with the Agreement requirements, at no increase in the Agreement amount. When the defects in services cannot be corrected by re-performance, the Government may (1) require the Service Provider to take necessary action to ensure that future performance conforms to the Agreement requirements and (2) reduce the Agreement price to reflect the reduced value of the services performed.

F. If the Service Provider fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with Agreement requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Service Provider any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the Agreement for default.

## Article IX.  Inspection Reports
A. <u>Inspection Report:</u> The Inspection Report stipulates minimum requirements for fire/safety code compliance, supervision, segregation, sleeping utensils, meals, medical care, confidential communication, telephone access, legal counsel, legal library, visitation, and recreation.  The Service Provider shall allow ICE to conduct inspections of the facility, as required, to ensure an acceptable level of services and acceptable conditions of

confinement as determined by ICE. No notice to the Service Provider is required prior to an inspection. ICE will conduct such inspections in accordance with the Inspection Report. ICE will share findings of the inspection with the Service Provider's facility administrator. The Inspection Report will state any improvements to facility operation, conditions of confinement, and level of service that will be required by the Service Provider.

B. <u>Possible Termination</u>: If the Service Provider fails to remedy deficient service ICE identifies through inspection, ICE may terminate this Agreement without regard to the provisions of Articles VII and X.

C. <u>Share Findings</u>: The Service Provider shall provide ICE copies of facility inspections, reviews, examinations, and surveys performed by accreditation sources.

D. <u>Access to Resident/Detainee Records:</u> The Service Provider shall, upon request, grant ICE access to any record in its possession, regardless of whether the Service Provider created the record, concerning any resident/detainee held pursuant to this Agreement. This right of access shall include, but is not limited to, incident reports, records relating to suicide attempts, and behavioral assessments and other records relating to the resident's/detainee's behavior while in the Service Provider's custody. Furthermore, the Service Provider shall retain all records where this right of access applies for a period of two (2) years from the date of the resident's/detainee's discharge from the Service Provider's custody.

## Article X. Modifications and Disputes

A. <u>Modifications:</u> Actions other than those designated in this Agreement will not bind or incur liability on behalf of either Party. Either Party may request a modification to this Agreement by submitting a written request to the other Party. A modification will become a part of this Agreement only after the ICE Contracting Officer and the authorized signatory of the Service Provider have approved the modification in writing.

B. <u>Disputes:</u> The ICE Contracting Officer and the authorized signatory of the Service Provider will settle disputes, questions and concerns arising from this Agreement. Settlement of disputes shall be memorialized in a written modification between the ICE Contracting Officer and authorized signatory of the Service Provider. In the event a dispute is not able to be resolved between the Service Provider and the ICE Contracting Officer, the ICE Contracting Officer will make the final decision. If the Service Provider does not agree with the final decision, the matter may be appealed to the ICE Head of the Contracting Activity (HCA) for resolution. The ICE HCA may employ all methods available to resolve the dispute including alternative dispute resolution techniques. The Service Provider shall proceed diligently with performance of this Agreement pending final resolution of any dispute.

C. <u>ICE Unilateral Changes</u>. ICE may unilaterally implement policy and/or procedural changes from time to time in order to meet changes in mission and/or the need to protect the residents/detainees under ICE's responsibility as they relate to services provided under this Agreement. The Service Provider has thirty (30) calendar days from the date

of the modification implementing the unilateral changes to submit any requests for cost impacts. Should the Service Provider determine that there is an impact to the bed day rate, the Service Provider must submit detailed cost information (including impacts to subcontracts) to support any requests for rate adjustments as a result of the unilateral change. Only those costs with supporting data will be considered.

**Article XI. Enrollment, Invoicing, and Payment**

A. <u>Enrollment in Electronic Funds Transfer:</u>  The Service Provider shall provide ICE with the information needed to make payments by electronic funds transfer (EFT).  Since January 1, 1999, ICE makes all payments only by EFT. The Service Provider shall identify their financial institution and related information on Standard Form 3881, Automated Clearing House (ACH) Vendor Miscellaneous Payment Enrollment Form. The Service Provider shall submit a completed SF 3881 to ICE payment office prior to submitting its initial request for payment under this Agreement. If the EFT data changes, the Service Provider shall be responsible for providing updated information to the ICE payment office.

B. <u>Consolidated Invoicing</u> –  The Service Provider shall submit an original monthly itemized invoice within the first ten (10) working days of the month following the calendar month when it provided the services via one of the following three methods:

    **a.  By mail:**
        DHS, ICE
        **Burlington Finance Center**
        P.O. Box 1620
        Williston, VT  05495-1620
        Attn:  ICE-DRO-FOD-FPA Invoice

    b.  **By facsimile (fax):  (include a cover sheet with point of contact & # of pages)**
        802-288-7658

    c.  **By e-mail:**
        Invoice.Consolidation@dhs.gov

Invoices submitted by other than these three methods will be returned.  The contractor's Taxpayer Identification Number (TIN) must be registered in the Central Contractor Registration (http://www.ccr.gov) prior to award and **shall**  be notated on every invoice submitted to ICE to ensure prompt payment provisions are met.  The ICE program office shall also be notated on every invoice.

Each invoice submitted shall contain the following information:
    a.  the name and address of the facility;
    b.  Invoice date and number;
    c.  Agreement number, line item number and, if applicable, the Task order number;
    d.  Terms of any discount for prompt payment offered;
    e.  Name, title, and phone number of person to notify in event of defective invoice;

**Berks 02668**

f. Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this Agreement. (See paragraph 1 above.)
g. the total number of residential/detainee days;
h. the daily rate;
i. the total residential/detainee days multiplied by the daily rate;
j. the name of each ICE resident/detainee;
k. resident's/detainee's A-number;
l. specific dates of detention for each resident/detainee;
m. an itemized listing of all other charges;
n. For stationary guard services, the itemized monthly invoice shall state the number of hours being billed, the duration of the billing (times and dates) and the name of the resident(s)/detainee(s) that was guarded.

**Items a. through i. above must be on the cover page of the invoice. Invoices without the above information may be returned for resubmission.**

C. <u>Payment</u>: ICE will transfer funds electronically through either an Automated Clearing House subject to the banking laws of the United States, or the Federal Reserve Wire Transfer System. The Prompt Payment Act applies to this Agreement. The Prompt Payment Act requires ICE to make payments under this Agreement the thirtieth (30th) calendar day after the ICE Deportation office/COTR receives a complete invoice. Either the date on the Government's check, or the date it executes an electronic transfer of funds, shall constitute the payment date. The Prompt Payment Act requires ICE to pay interest on overdue payments to the Service Provider. ICE will determine any interest due in accordance with the Prompt Payment Act.

## Article XII. Government Furnished Property

A. <u>Federal Property Furnished to the Service Provider</u>: ICE may furnish Federal Government property and equipment to the Service Provider. Accountable property remains titled to ICE and shall be returned to the custody of ICE upon termination of the Agreement. The suspension of use of bed space made available to ICE is agreed to be grounds for the recall and return of any or all government furnished property.

B. <u>Service Provider Responsibility</u>: The Service Provider shall not remove ICE property from the facility without the prior written approval of ICE. The Service Provider shall report any loss or destruction of any Federal Government property immediately to ICE.

## Article XIII. Hold Harmless and Indemnification Provisions

A. <u>Service Provider Held Harmless</u>: ICE shall, subject to the availability of funds, save and hold the Service Provider harmless and indemnify the Service Provider against any and all liability claims and costs of whatever kind and nature, for injury to or death of any person(s), or loss or damage to any property, which occurs in connection with or is incident to performance of work under the terms of this Agreement, and which results from negligent acts or omissions of ICE officers or employees, to the extent that ICE would be liable for such negligent acts or omissions under the Federal Tort Claims Act, 28 USC 2691 *et seq.*

**Berks 02669**

B. <u>Federal Government Held Harmless</u>: The Service Provider shall save and hold harmless and indemnify federal government agencies to the extent allowed by law against any and all liability claims, and costs of whatsoever kind and nature for injury to or death of any person or persons and for loss or damage to any property occurring in connection with, or in any way incident to or arising out of the occupancy, use, service, operation or performance of work under the tenets of this Agreement, resulting from the negligent acts or omissions of the Service Provider, or any employee, or agent of the Service Provider. In so agreeing, the Service Provider does not waive any defenses, immunities or limits of liability available to it under state or federal law. The Service Provider agrees to hold harmless and indemnify DHS/ICE and its officials in their official and individual capacities from any liability, including third-party liability or worker's compensation, arising from the conduct of the Service Provider and its employees during the course of transporting residents/detainees on behalf of ICE.

C. <u>Defense of Suit:</u> In the event a detainee files suit against the Service Provider contesting the legality of the resident's/detainee's incarceration and/or immigration/citizenship status, ICE shall request that the U.S. Attorney's Office, as appropriate, move either to have the Service Provider dismissed from such suit, to have ICE substituted as the proper party defendant; or to have the case removed to a court of proper jurisdiction. Regardless of the decision on any such motion, ICE shall request that the U.S. Attorney's Office be responsible for the defense of any suit on these grounds.

D. <u>ICE Recovery Right:</u> The Service Provider shall do nothing to prejudice ICE's right to recover against third parties for any loss, destruction of, or damage to U.S. Government property. Upon request of the Contracting Officer, the Service Provider shall, at ICE's expense, furnish to ICE all reasonable assistance and cooperation, including assistance in the prosecution of suit and execution of the instruments of assignment in favor of ICE in obtaining recovery.

## Article XIV. IGSA/Financial Records

A. <u>Retention of Records:</u> All IGSA and financial records including, but not limited to, supporting documents, statistical records, and other records, pertinent contracts, or subordinate agreements under this Agreement shall be retained by the Service Provider for three (3) years after the expiration of the Agreement for purposes of federal examinations and audit. If any litigation, claim, negotiation, audit, or other action involving the records has been started before the expiration of the three (3) year period, the records must be retained until completion of the action and resolution of all issues which arise from it or until the end of the regular three (3) year period, whichever is later.

B. <u>Access to Records:</u> ICE and the Comptroller General of the United States, or any of their authorized representatives, shall have the right of access to any pertinent books, documents, papers or other records of the Service Provider or its sub-contractors, which are pertinent to the award, in order to make audits, examinations, excerpts, and transcripts. The rights of access must not be limited to the required retention period, but shall last as long as the records are retained.

C. Delinquent Debt Collection:  ICE will hold the Service Provider accountable for any overpayment, or any breach of this Agreement that results in a debt owed to the Federal Government. ICE shall apply interest, penalties, and administrative costs to a delinquent debt owed to the Federal Government by the Service Provider pursuant to the Debt Collection Improvement Act of 1982, as amended.

**Article XV.  Maintain Institutional Emergency Readiness**
A. The Service Provider shall submit an institutional emergency plan that will be operational prior to start of the Agreement.  The plan shall receive the concurrence of the Contracting Officer prior to implementation and shall not be modified without the further written concurrence of the Contracting Officer.

B. The Service Provider shall have written agreements with appropriate state and local authorities that will allow the Service Provider to make requests for assistance in the event of any emergency incident that would adversely affect the community.

C. Likewise, the Service Provider shall have in place, an internal corporate nation-wide staff contingency plan consisting of employees who possess the same expertise and skills required of staff working directly on this Agreement.  At the discretion of ICE, these employees would be required to respond to an institutional emergency at the Facility, when necessary.

D. The emergency plans shall include provisions for emergency response by law enforcement agencies.  The Facility shall have a plan to provide actions to be taken to ensure an immediate response by the nearest law enforcement agency who can provide emergency services up to and including disturbance control.

E. Any decision by ICE or other federal agencies to provide and/or direct emergency assistance will be at the discretion of the Government.  The Service Provider shall reimburse the Government for any and all expenses incurred in providing such assistance.

F. The Contracting Officer and COTR shall be notified immediately in the event of all serious incidents.  Serious incidents include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work-place violence, civil disturbances/protests); staff use of force including use of lethal and less-lethal force (includes inmates in restraints more than eight hours); assaults on staff/residents/detainees resulting in injuries requiring medical attention (does not include routine medical evaluation after the incident); fights resulting in injuries requiring medical attention; fires; full or partial lock down of the facility; escape; weapons discharge; suicide attempts; deaths; declared or non-declared hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather (e.g., hurricanes, floods, ice/snow storms, heat waves, tornadoes); fence damage; power outages; bomb threats; central inmate monitoring cases admitted to a community hospital; witness security cases taken outside the facility; significant environmental

problems that impact the facility operations; transportation accidents (i.e. airlift, bus) resulting in injuries, death or property damage; and sexual assaults.

G. Attempts to apprehend the escapee(s) shall be in accordance with the Emergency Plan, which should comply with ICE Detention Operations Manual regarding Emergency Plans.

H. The Service Provider shall submit to the COTR a proposed inventory of intervention equipment (weapons, munitions, chemical agents, electronics/stun technology, etc.) intended for use during performance of this Agreement. Prior to the start of this Agreement, the Contracting Officer shall approve the intervention equipment. The approved intervention equipment inventory shall not be modified without prior written concurrence of the Contracting Officer.

I. The Service Provider shall obtain the appropriate authority from state or local law enforcement agencies to use force as necessary to maintain the security of the Facility. The use of force by the Service Provider shall at all times be consistent with all applicable policies of ICE Residential Standards regarding Use of Force.

## XVI. Security Requirements
### A. GENERAL
The Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Office of Professional Responsibility, Personnel Security Unit (DHS-ICE-OPR-PSU, hereinafter OPR-PSU) has determined that performance of the tasks as described in IGSA (Agreement) DROIGSA-09-0027 requires that the Service Provider (Contractor, subcontractor(s), vendor(s), etc. (herein known as Service Provider) have access to ICE residents (Children, Adults and Families), and that the Service Provider will adhere to the following and shall expressly incorporate this provision into any and all Subcontracts or subordinate agreements issued in support of this Agreement .

### B. SUITABILITY DETERMINATION
ICE-OPR-PSU shall have and exercise full control over granting, denying, withholding or terminating unescorted government facility and/or access to ICE detainees, as well as, when applicable, sensitive Government information access for Service Provider employees, based upon the results of a background investigation.

ICE-OPR-PSU may, as it deems appropriate, authorize and make a favorable entry on duty (EOD) decision based on preliminary security checks. The favorable EOD decision would allow the Service Provider employees to commence work temporarily prior to the completion of the full investigation. The granting of a favorable EOD decision shall not be considered as assurance that a full employment suitability authorization will follow as a result thereof.

The granting of a favorable EOD decision or a full employment suitability determination shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by ICE-OPR-PSU, at any time during the term of the IGSA. No employee of the Service

Provider shall be allowed to EOD and/or access facilities or ICE detainees without a favorable EOD decision or suitability determination by OPR-PSU. No employee of the Service Provider shall be allowed unescorted access to a Government facility without a favorable EOD decision or suitability determination by OPR-PSU. Service Provider employees assigned to the IGSA not needing access to ICE detainees or recurring access to DHS-ICE facilities will not be subject to security suitability screening.

Suitability criteria as detailed in ICE Policy Directives that will exclude applicants from consideration to perform under this Agreement include, but not limited to:

Felony convictions, or a conviction for any crime that involves violence
Conviction of a sex crime
Offense/s involving a child victim
Pattern of arrests, without convictions, that brings into question a person's judgment and reliability to promote the efficiency and integrity of the ICE mission.
Intentional falsification and/or omission of pertinent personal information
Drug and/or Alcohol Abuse
Personal conduct to include failure to pay just debts

The process for suitability determination includes, but is not limited to, criminal, employment, citizenship, residential and financial records checks and reviews.

## C. BACKGROUND INVESTIGATIONS

IGSA Service Provider employees (to include applicants, temporaries, part-time and replacement employees) under the Agreement, needing access to ICE detainees, shall undergo a position sensitivity analysis based on the duties each individual will perform on the contract. The results of the position sensitivity analysis shall identify the appropriate background investigation to be conducted. Background investigations will be processed, managed and conducted under direction of OPR-PSU.

In those cases where prospective IGSA Service Provider employees already have a security clearance issued by the Defense Industrial Security Clearance Office (DISCO), that was granted using an appropriate background investigation, reciprocity may apply in that those prospective employees may not be required to submit complete security packages, as the clearance issued by DISCO may be accepted.

Prospective Service Provider employees without adequate security clearances issued by DISCO shall submit the following completed forms to the Personnel Security Unit through the COTR, no less than 45 days before the starting date of the IGSA (contract), or 45 days prior to the expected entry on duty of any employees, whether a replacement, addition, subcontractor employee, or vendor:

Standard Form 85P, "Questionnaire for Public Trust Positions"
Form will be submitted via e-QIP (electronic Questionnaires for Investigation Processing)
FD Form 258, "Fingerprint Card" **(2 copies)**
Foreign National Relatives or Associates Statement

**Berks 02673**

DHS 11000-9, "Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act"
Drug Questionnaire
Alcohol Questionnaire

Details regarding the required forms will be provided by ICE-OPR. Only complete packages will be accepted by OPR-PSU. Specific instructions on submission of packages will be provided by OPR-PSU.

<u>PLEASE NOTE</u>: Unless an applicant has resided in the US for three of the past five years, with few exceptions such as military or other federal service overseas, the Government may not be able to complete a satisfactory background investigation. In such cases, OPR-PSU retains the right to deem an applicant as ineligible due to insufficient background information.

D.  SUITABILITY – RETROACTIVE EFFECT
Employees of the Service Provider(s) who have not been previously investigated as described under the <u>Background Investigations</u> section, above, must be scheduled not later than six months after implementation of this IGSA. Employees of the Service Provider(s) may continue to work while the investigation is in progress.

E.  CONTINUED ELIGIBILITY
If a prospective Service Provider employee is found to be ineligible for access to Government facilities or information, the COTR will advise the Service Provider that the employee shall not continue to work or to be assigned to work under the Agreement.

The OPR-PSU may require drug screening for probable cause at any time and/ or when the Service Provider independently identifies, circumstances where probable cause exists.

The OPR-PSU may require reinvestigations when derogatory information is received and/or every 10 years.

ICE-OPR reserves the right and prerogative to deny and/ or restrict the facility and information access of any Service Provider employee whose actions are in conflict with the standards of conduct as detailed in 5 CFR 2635 and 5 CFR 3801, or whom ICE-OPR-PSU determines to present a risk of compromising ICE standards and conduct, including sensitive Government information, to which he or she would have access under this contract.

The Service Provider shall implement a Self-Reporting requirement for its employees to immediately report one's own criminal arrests to superiors.

The Service Provider will report any adverse information coming to their attention concerning contract employees under the IGSA to OPR-PSU through the COTR. Reports based on rumor or innuendo should not be made. The subsequent termination of employment of an employee does not obviate the requirement to submit this report. The

**Berks 02674**

report shall include the employees' name and social security number, along with the adverse information being reported.

OPR-PSU must be notified of all terminations/ resignations within five (5) days of occurrence.

If applicable, the Service Provider will return any expired ICE-DRO owned employee identification cards and/or building passes, or those of employees terminated and/or removed from the IGSA to the COTR within five (5) workdays. If an identification card or building pass is not available to be returned, a report must be submitted to the COTR, referencing the pass or card number, name of individual to whom issued, the last known location and disposition of the pass or card. The COTR will return the identification cards and building passes to the responsible ID Unit.

F. EMPLOYMENT ELIGIBILITY
   The Service Provider must agree that each employee working on this IGSA will have a Social Security Card issued and approved by the Social Security Administration.

   The Service Provider shall be responsible to the Government for acts and omissions of his own employees and for any Subcontractor(s) and their employees.

   ICE-DRO has determined that employment on this IGSA (Contract) shall be limited to U.S. Citizens, Lawful Permanent Residents and Conditional Permanent Residents.

   Subject to existing law, regulations and/ or other provisions of this IGSA, illegal or undocumented aliens will not be employed by the Service Provider, or with this IGSA. Service Provider will ensure that this provision is expressly incorporated into any and all Subcontracts or subordinate agreements issued in support of this IGSA.

G. SECURITY MANAGEMENT
   The Service Provider shall appoint a senior official to act as the Corporate Security Officer. The individual will interface with the OPR-PSU through the COTR on all personnel security matters and if applicable, information security matters.

   The COTR and OPR-PSU shall have the right to inspect the procedures, methods, and facilities utilized by the Service Provider in complying with the security requirements under this Agreement. Should the COTR determine that the Service Provider is not complying with the security requirements of this Agreement, the Service Provider will be informed in writing by the Contracting Officer of the proper action to be taken in order to effect compliance with such requirements. Copies of these communications by both the Contracting Officer and the Service Provider shall be provided to OPR-PSU.

H. INFORMATION TECHNOLOGY SECURITY
   Should the scope of the work change to require IGSA Service Provider personnel to access DHS-ICE IT systems, DHS IT Management Directives preclude routine access to any DHS ICE IT systems, to include those utilized by ICE-DRO, by Non-U.S. citizens, including Lawful Permanent Residents (LPRs).

**Berks 02675**

I. ICE-DRO SPECIFICATIONS TECHNICAL STANDARDS - EMPLOYMENT
   ELIGIBILITY FOR CHILD CARE WORKERS

**The Service Provider will:**
1. Comply with, and provide evidence of current compliance with, any and all
requirements required by the state in which the facility is located for child care workers,
including but not limited to that required for a residential child care license or equivalent
in that state; and

2. include on its employment application a question asking whether the individual has
ever been arrested for or charged with a crime involving a child, and

3. require a listing of the applicant's residence(s) or other time period required for by the
state for licensure of child care workers as referenced above. If no time period is
referenced by the state, 5 years shall apply; and

4. re-certify its employees every 24 months, or a shorter time period if required by the
state for licensure of child care workers as referenced above.

After the Service Provider employee receives favorable suitability adjudication results
and the employee successfully completes the training and passes any required
examination(s), the Service Provider shall submit the following information to the ICE
COTR:

A certification, signed by the Facility Manager or his/her designee, that the employee has
met all the requirements set forth and that all pertinent documents are on file at the
Service Provider's facility.

2. Two color photographs, 1" x 1," no more than one year old, of the employee's head
and upper shoulders.

No person shall be permitted to work under this IGSA without a valid identification card,
unique to this IGSA, which shall be issued by the COTR. The identification card shall be
worn on the outermost garment of the employee's uniform. At the end of the IGSA
(Agreement) period, the Service Provider must return to the COTR all blank
identification cards and all completed cards for any employee or subcontractor employees
who will not continue to work under this Agreement.

The Service Provider is responsible for the employees having all required documents
and/or certifications referred to above in their possession at all times while on the
protected premises. This includes a valid CPR/First Aid card for all Service Provider staff
having regular contact with facility residents/detainees.

The Contracting Officer shall have the express authority to demand return of the
identification card for any Service Provider employee who does not maintain compliance
with the Agreement standards. The Contracting Officer shall have the express authority

**Berks 02676**

to prohibit that employee from performing under the Agreement until such time as s/he comes into full compliance with all performance criteria.

**XVII. Quality Control (to be incorporated as Attachment 2 of the Agreement)**

A. The Service Provider shall establish and maintain a complete Quality Control Program (QCP) acceptable to the Contracting Officer ("CO"), in consultation with the COTR to assure the requirements of this Agreement are provided as specified in the Performance Requirement Summary (PRS)—Attachment 3.

The QCP shall:

1. Be implemented prior to the start of performance.

2. Provide quality control services that cover the scope of the IGSA and implement proactive actions to prevent non-performance issues.

B. A complete QCP addressing all areas of Agreement performance shall be submitted to the COTR no later than 30 days after the Agreement effective date. All proposed changes to the QCP must be approved by the Contracting Officer. The Service Provider shall submit a resume of the proposed individual(s) responsible for the QCP to the Contracting Officer for approval. The Service Provider shall not change the individual(s) responsible for the QCP without prior approval of the Contracting Officer.

C. The QCP shall include, at a minimum:

1. Specific areas to be inspected on either a scheduled or unscheduled basis and the method of inspection.

2. Procedures for written and verbal communication with the Government regarding the performance of the Agreement.

3. Specific surveillance techniques for each service identified in the Agreement and each functional area identified in the PRS.

4. The QCP shall contain procedures for investigation of complaints by the Service Provider and Government staff and feedback to the Government on the actions taken to resolve such complaints.

D. A file of all inspections, inspection results, and any corrective action required, shall be maintained by the Service Provider during the term of this Agreement. The Service Provider shall provide copies of all inspections, inspection results, and any corrective action taken to the COTR and Contracting Officer.

**Berks 02677**

E. Failure by the Service Provider to maintain adequate quality control can result in monetary deductions based upon the schedule of deductions incorporated herein.

## XVIII. Contracting Officer's Technical Representative

A. The Contracting Officer's Technical Representative (COTR) shall be designated by the Contracting Officer.  When and if the COTR duties are reassigned, an administrative modification will be issued to reflect the changes. This designation does not include authority to sign contractual documents or to otherwise commit to, or issue changes, which could affect the price, quantity, or performance of this Agreement.

B. Should the Service Provider believe they have received direction that is not within scope of the Agreement; the Service Provider shall not proceed with any portion that is not within the scope of the Agreement without first contacting the Contracting Officer.  The Service Provider shall continue performance of efforts that are deemed within scope.

## XIX. Labor Standards and Wage Determination

A. The Service Contract Act, 41 U.S.C. 351 et seq., Title 29, Part 4 Labor Standards for Federal Service Contracts, is here by incorporated into this Agreement at Attachment 5. These standards and provisions are included in every contract over $2,500, or in an indefinite amount, that is entered into by the United States, the principal purpose of which is to furnish services through the use of service employees.

B. Wage Determination:  Each service employee employed in the performance of this Agreement shall be paid not less than the minimum monetary wages and shall be furnished fringe benefits in accordance with the wages and fringe benefits determined by the Secretary of Labor or authorized representative, as specified in any wage determination attached to this Agreement at Attachment 6.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

END OF DOCUMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Berks 02678**

# FAMILY RESIDENTIAL FACILITY
# STATEMENT OF WORK

1. Background

The U. S. Department of Homeland Security, Immigration and Customs Enforcement (ICE or Agency) provides funds through this agreement to both public and private sector entities to provide temporary residential shelter care and other related services to families in its custody.

2. <u>Objectives</u>

    a. The purpose of this contract is to facilitate the provisions for the necessary physical structure, equipment, facilities, personnel and services, to provide a program of temporary shelter care in a staff secure environment and other related services to alien family groups who are currently held in the legal custody of the ICE.

    b. The specific project goal is the provision of State licensed residential care and other related services twenty-four (24) hours per day, seven (7) days per week, to alien family groups who have been approved for such services by the ICE. These individuals, although released to the physical custody of the Service Provider, shall remain in the legal custody of the ICE. Service delivery is expected to be accomplished in a manner that is sensitive to the culture, the native language and the complex needs of this population. The alien population will consist of families with juveniles up to and including 17 years of age and related adults 18 years of age and older. Service Provider should expect aliens from any number of ethnic backgrounds and nationalities.

    c. A goal of the statement of work is to establish and implement Performance Criteria, as stated in Appendix A. The statement of work contains a wide range of performance requirements and references Federal laws, ICE Residential Standards and requires adherence to applicable state laws and requirements. The Performance Criteria in Appendix A cites those areas of performance that are deemed to be critically important and must be achieved to enable compliance with laws and to safeguard and support alien family groups' health, safety and well-being. The list of Performance Criteria includes the required outcomes; performance indicators and information on how each is measured. The establishment of these criteria serves to categorize this statement of work as a *Performance Work Statement (PWS)*.

1

Notwithstanding the establishment of selected tasks and deliverables as formal Performance Criteria with corresponding outcomes, performance indicators and measurements, the Service Provider is obligated to perform and fulfill all requirements of this contract and statement of work.

3. Terms

a. Admission: A procedure, which includes searching, photographing, health and safety assessment, and collecting personal history data. Admission also includes the inventory and storage of the individual's accompanying personal property.

b. Alien Family Group: A group of closely related adults (parent, grandparent, brother, sister) and juveniles (son, daughter, grandchild, sibling) encountered within the United States.

c. Alien Unaccompanied Juvenile: An alien unaccompanied juvenile is defined as a male or female foreign national under 18 years of age who has entered the United States unaccompanied by either parent, adult relatives or legal guardian, and who is in the custody of the ICE and is the subject of removal proceedings under the Immigration and Nationality Act, and may have an application for asylum pending with the Executive Office of Immigration Review (EOIR).

d. Contraband: Any item possessed by residents or found within the facility which is declared illegal by law or which is expressly prohibited by facility policies and procedures which have been approved by ICE.

e. Contracting Officer: An employee of the ICE responsible for the complete conduct and integrity of the contracting process, including administration after award. The only individual authorized to issue changes to this contract.

f. Contracting Officer's Technical Representative: An employee of the ICE responsible for monitoring all technical aspects and assisting in administering the contract.

g. Service Provider: The entity, which provides the services described in this statement of work.

h. Family Reunification: Family Reunification is a case in which the ICE approves the release from custody of an unaccompanied juvenile to a parent(s) or adult relative(s) residing in the United States. The parent/relative must be willing and able to assume responsibility for the care, provide supervision, and ensure the juvenile's presence at EOIR proceedings.

2

i.  Field Office: One of a number of ICE offices nationwide with responsibility over a specific area of operations for the office of Detention and Removal Operations.

j.  Family Residential Standards:  A set of standards and policies governing the minimum requirements for care and treatment of aliens held in ICE family residential centers.

k.  Family Residential Shelter Care: For the purposes of this document, includes 24-hour supervised residential care in a setting for juveniles and adults that are related.

l.  Grievance: A written complaint filed by a resident concerning personal health/welfare or the operations and services of the facility.

m.  Headquarters, Office Detention and Removal Operations: For the purposes of this document, the division at ICE Headquarters making policy for the Family Residential Program.

n.  Health and Safety Assessment: A system of structured observation and/or initial health assessment to identify newly arrived residents who could pose a health or safety threat to themselves or others.

o.  Individualized Needs Assessment/Service Plan: Includes (a) various initial intake forms; (b) essential data relating to the identification and history of the resident and family; (c) identification of the residents' special needs including any specific problem(s) which appear to require immediate intervention; (d) an educational assessment and plan; (e) an assessment of family relationships and interaction with adults, peers and authority figures; (f) a statement of religious preference and practice; (g) an assessment of the resident's personal goals, strengths and weaknesses; and (h) identifying information regarding immediate family members, other relatives, godparents or friends who may be residing in the United States.

p.  Juvenile and Family Residential Management Unit (JFRMU):  A designated unit within the Headquarters, Office of Detention and Removal Operations, with the primary responsibility for management and oversight of juvenile and family care, custody, and treatment.

q.  Medical Records: A separate set of records apart from the resident's social record that are maintained by the Service Provider. These records shall include at a minimum:
date and time of all medical examinations and copies of standing or direct medical orders to the facility staff.  Although Medical Records may be

3

created and/or maintained by the Service Provider, its sub-Provider, or any other third party are the property of ICE.

r.  Policy/Standard: A definite written course or method of action which guides and determines present and future decisions and action.

s.  Restraint Devices: This includes but is not limited to: handcuffs, belly chains, leg irons, straight jackets, flexi cuffs, soft (leather) cuffs, leg weights and chemical restraints.

4.  Program Scope and Services

   a.  **Program Scope**

   (1) The Service Provider shall provide shelter care and other services in a state licensed residential shelter care program. The design and administration of the program shall be in accordance with all applicable Federal, state and local licensing provisions, the requirements of the ICE Juvenile Detention and Shelter Care Program Guidelines and the ICE Family Residential Standards, as applicable. It is the Service Provider's responsibility to assume adequate and appropriate management oversight for the implementation and successful performance of this contract.

   (2) The location of this facility shall be within the Continental United States. ICE reserves the right to award more then one contract for one or multiple facilities.  The Service Provider must be able to admit and discharge family groups or any part of that group on a 24-hour per day, seven (7) days a week basis.

   (3) Services shall be provided for the period beginning when the family group or any part of that group is placed in the Family Residential Program and ending when the ICE releases the family group or any part of the family group, transfers him/her to another facility, or removes him/her from the United States.

   (4) These individuals, although **placed in the physical custody of the Service Provider, remain in the legal custody of the ICE.**

   (5) The Service Provider shall ensure that the family group(s) and its individual members follow an integrated and structured daily routine which shall include, but not be limited to the following services: education, recreation, life skills and/or chores, study period, counseling, group interaction, free time and access to religious and legal services.

   (6) The daily routine will enhance programmatic supervision and accountability as well as encourage the development of individual and

4

social responsibility on the part of each individual. Program rules and disciplinary procedures shall be written and/or translated into a language understood by the residents and appropriate for their level of development. These rules shall be provided to the residents and fully understood by all program staff.

(7) Program content and plans must accommodate individuals of all ages, in various stages of personal adjustment amid ICE administrative processing. Because of the variables and uncertainties inherent in each case, the length of care per resident will vary. Therefore, the Service Provider will design the program to provide a combination of short-term (up to 90 days) and long- term (in excess of 90 days) care.

(8) Residents served by this contract are individuals who are alleged to have entered or attempted to enter the United States in violation of law. Some residents may have committed a violation of immigration law. Others may be referred to ICE by state or local law enforcement officials. These residents may be seeking some type of relief from removal from the United States through an administrative process. No alien who has a violent or criminal history and/or convictions shall be admitted to a family facility.

(9) The Service Provider shall implement and administer a case management system which tracks and monitors each resident's progress on a regular basis, at a minimum of weekly, to ensure that he/she receives the full range of program services in an integrated and comprehensive manner.

(10) Service Provider shall structure all programs and implement strategies designed to prevent escapes, prevent the unauthorized absence of individuals from the facility or programs provided by the facility, and protect against influences which may jeopardize the well-being of the resident.

(11) The ICE will work closely with the Service Provider in the administration of these programs in order to address the intricate and complex needs of these individuals in ICE custody for care and protection in a manner which meets the mandates of current United States law.

**b.** **Program Services**

The policy and procedure for all the services covered below shall be submitted and approved by ICE. The following is a description of program services the Service Provider is required to provide:

(1) <u>Care and Maintenance</u> – Proper physical care and maintenance,

5

including suitable living accommodations, food, appropriate clothing, personal grooming items and hair care services, and personal allowance or remuneration for work shall be provided (outside of normal chores or responsibilities) as defined by applicable State statutes.

(2) Medical/Mental/Dental Care – ICE retains the right to use a medical provider proposed by the Service Provider or to use its own Medical Provider, the United States Public Health Service (USPHS), Division of Immigration Health Services (DIHS).  As such, the cost component for health services should be shown as a line item.

(a) Level of Professionalism: The Service Provider shall ensure that all health care service providers utilized for residents hold current licenses, certifications, and/or registrations with the State and/or City where they are practicing. When not provided by the government, the Service Provider shall retain a registered nurse to provide health care and sick call coverage unless expressly stated otherwise in this contract.

(b) On-Site Health Care including pediatric well-care: When not provided by the Government, the Service Provider shall provide on-site medical and health care coverage and access to dental care for all residents 24 hours per day, 7 days per week. The Service Provider shall furnish the residents instructions in his or her native language for gaining access to health care services, to include access to full medical, mental and dental health services. On-site health care services shall include arrival screening, sick call coverage, provision of over-the- counter medications, treatment of minor injuries (e.g. lacerations, sprains, contusions), treatment of special needs and mental health assessments. The Service Provider shall ensure that its employees solicit each resident for health complaints and deliver the complaints in writing to the Service Provider's health care staff. Residents with chronic conditions shall receive prescribed treatment and follow-up care.

(c) Arrival Screening: When not provided by the government, the Service Provider shall screen each resident within six (6) hours of arrival at the facility. The screening shall include at a minimum, tuberculosis (TB) symptom screening, planting of the Tuberculin Skin Test (PPD), recording the history of past and present illnesses (including mental and physical) and suicide screening. Sample screening and exam forms are attached. (In lieu of PPD, ICE prefers that all residents receive a chest x-ray, where possible.)

(d) Emergency Medical Care: The Service Provider shall furnish 24-hour emergency medical care and emergency evacuation

6

procedures. In an emergency, the Service Provider shall obtain the medical treatment required to preserve the resident's health. The Service Provider shall have access to an offsite emergency medical provider at all times. The Health Authority of the Service Provider shall call the United States Public Health Service (USPHS) Managed Care Coordinator (MCC) as soon as possible, and in no case more than seventy-two (72) hours after the resident's receipt of such care. The Health authority will obtain pre-authorization from the USPHS MCC for service(s) beyond the initial emergency situation.

(e) Immunizations: A written immunization policy and procedure which is in compliance with the USPHS, Centers for Disease Control, must be in place and implemented. These criteria will be provided through the ICE Division of Immigration Health Services Program.

(f) Policies and Procedures: The Service Provider shall develop and administer a comprehensive policy regarding the dispensing of over-the-counter and prescribed medication and special diets. The Service Provider shall have written policies and procedures in place to effectively address episodes involving mental health issues.

(g) Safety: The Service Provider shall ensure the safety of minors in family units from abuse by related and non-related adults. The Service Provider must abide by all State regulations pertaining to child health in residential facilities. These will apply to adults in the facility as well to prevent cross-contamination to prevent the spread of disease within the Facility.

(h) Medical Stipulations: The ICE, through DIHS, will authorize the service and payment for such service(s) of all non-emergency, offsite medical care and non-routine on-site medical services (e.g. offsite lab tests, eyeglasses, cosmetic dental prosthetics, dental care for cosmetic purposes – See attached DIHS Covered Services Plan).

 1) DIHS acts through their agents, the MCC's, as the final health authority for ICE on all offsite and non-routine resident/detainee medical and health related matters. The relationship of the DIHS to the resident/detainee equals that of physician to patient. The Service Provider shall release any and all medical information for residents/detainee to the MCC upon request. The Service Provider shall solicit MCC approval before proceeding with non-emergency,

7

offsite medical care (e.g. offsite lab tests, eyeglasses, and cosmetic dental services). The Service Provider shall submit supporting documentation with the request for authorization of services to the MCC. For medical care provided outside the facility, the MCC may determine that an alternative medical provider or institution is more cost-effective or more aptly meets the needs of ICE and the resident. The ICE may refuse to reimburse the Service Provider and/or outside health care provider for non-emergency medical costs incurred that were not prior approved by the MCC.

2) USPHS DIHS On-site Visits: The Service Provider shall allow the MCC reasonable access to its facility for the purpose of liaison activities with the Service Provider's Health Authority and associated staff and departments.

3) Bills for Services Requiring MCC Pre-authorization: The Service Provider and all other health care providers shall send bills/claims for care which require pre-authorization to:

United States Public Health Service
Division of Immigration Health Services
1220 L Street, NW, PMB 468
Washington, DC 20005-4018
Phone:  (703) 541-2155
Fax:  (202) 318-0080

(3) <u>Orientation</u> – Upon admission, all residents must receive a comprehensive orientation in their native language or in a language they understand regarding program content, services, rules (written and verbal), expectations and the availability of legal assistance. Residents shall be given a current list of pro bono legal service providers which will be made available by ICE.

(4) <u>Individual Counseling</u> – Programs shall schedule at least one (1) individual counseling session per week conducted by trained social work staff with the specific objectives of reviewing the resident's progress, establishing new short term objectives, and addressing both the developmental and crisis-related needs of each resident. Service Provider shall anticipate many "emergency" individual counseling sessions.

(5) <u>Family Counseling</u> – Programs shall include family group counseling sessions as needed, with the opportunity presented at least once a week.

8

(6) <u>Case Management</u>

    (a) The Service Provider shall ensure that comprehensive and realistic individual service plans are developed, implemented and closely coordinated for each resident through an operative case management system. Individual plans for the care of each resident must be developed in accordance with state requirements relating to individual service plans. Staff members responsible for specific case management activities must be identified and their responsibilities fully defined.

    (b) The Service Provider shall have established policy and procedure in place to provide for shift briefings. The purpose of these structured briefings is to afford staff a pre-scheduled and structured opportunity to pass critical information from one shift to the next.

(7) <u>Acculturation/Adaptation</u> – Service Provider shall provide a program, which includes, but is not limited to, information regarding personal health and hygiene, human sexuality and the development of social and inter-personal skills, which contribute to those abilities necessary to live independently and responsibly.

(8) <u>Juvenile Education</u>

    (a) Educational services appropriate to the level of development and communication skills are to be made available to all juveniles in accordance with existing appropriate State and federal regulations. Service Provider shall provide an education program in a structured classroom setting, Monday through Friday modeled after a year-round program in accordance with applicable State regulations. Daily lessons will include a minimum of one (1) hour of daily instruction in each of the following core subjects: Science, Social Studies, Math, Language Arts (Reading/Writing), and Physical Education. A secondary focus of the education program will be English as a Second Language (ESL). Teaching staff is required to be ESL certified, or enrolled in an ESL Certification program. As it is expected that Spanish and Chinese will be the predominant languages, the Service Provider shall provide Spanish and Chinese speaking teachers/aides to accommodate the student population as needed. Telephonic translation services shall be made available in each classroom to accommodate the diverse needs of the multi-lingual student population. The educational program shall meet or exceed respective State guidelines and

9

requirements and shall meet all benchmarks as required by the U.S. Department of Education.

(b) All teachers shall be certified or licensed by the respective state Department of Education or equivalent government-licensing agency.   The student/teacher ratio shall not exceed 20:1, or shall be in compliance with State policy and requirements.

(c) Students will be administered an individual education assessment in accordance with attached ICE Residential Standards.

(d) All children who are handicapped and/or in need of special education and related services will be identified, located, evaluated, and referred to an appropriate agency for intervention and services, in accordance with the Individuals with Disabilities Education Improvement Act of 2004, Title 20 U.S.C. § 1400, *et seq.,* and any subsequent amendments to the statute.

e) Upon transfer or discharge from the program, each juvenile shall be provided with proof of attendance, and copies of assessments and transcripts will be made available upon request.

(9) Recreation and Leisure Time – The Service Provider shall provide a separate space for indoor and outdoor recreation activities. Separate plans for juvenile and adult residents shall be in accordance with attached ICE policy and standards. The Service Provider shall develop a program allowing for off-site field trips by minors at least monthly.

(10) Library Services – The Service Provider shall make library services available to all residents. Reading material should reflect diverse interests and be appropriate for various levels of literacy. Residents shall have access to legal materials explaining United States immigration law and procedures in accordance with the attached ICE Family Residential Standard. ICE will supply all necessary legal materials on CD-ROM. The Service Provider shall develop policy and procedure and provide for access to these materials.

(11) Assignment of Individual Chores – The Service Provider shall develop written procedures regarding chores or vocational assignments and associated schedules. Consideration shall be given to the fact that residents are not required to participate in uncompensated work assignments unless the work involves light housekeeping of personal areas or personal hygiene needs. The Service Provider shall allow for an adult resident voluntary work program in accordance with the attached ICE Residential Standard. The Service Provider shall provide to the COTR

10

weekly status of the volunteer work program.

(12) <u>Visitation</u> – Visitation shall be conducted in accordance with attached ICE Residential Standard and existing applicable State regulations relating to visitation.

(13) <u>Legal Services</u>

    (a) The ICE will provide all residents with specific information regarding the availability of free legal assistance and advise each resident of the right to be represented by counsel at no expense to the Government and the right to a hearing before an immigration judge.

    (b) The ICE will advise residents that they may apply for political asylum or request voluntary departure in lieu of removal.

    (c) Service Provider shall establish policy and procedures to assist each resident in making confidential contact with attorneys or their authorized representatives in accordance with ICE Residential Standards on visitation.

(14) <u>Religious Services</u> – Whenever possible, residents shall be afforded access to religious services of their choice. A staff member shall be assigned to coordinate services and community resources to meet the religious needs of residents in accordance with ICE Residential Standards.

(15) <u>Grievance Procedures</u>

    (a) Service Provider shall provide a written policy and procedure for the expression and resolution of residents' grievances.

    (b) Service Provider shall provide a viable complaint procedure in accordance with ICE Residential Standards. All formal grievances shall be accessed first by the ICE local supervisor.

(16) <u>Rules and Discipline Procedures</u>

    (a) The Service Provider shall provide written rules and discipline procedures for ICE approval. The rules shall specify acts prohibited within the program and penalties that may be imposed for various degrees of violation. The written rules are to be posted in a conspicuous place and reviewed annually and updated when necessary.

    (b) Policy and procedures must be in accordance with State

11

standards and ICE Residential Standards. Service Provider's policy shall be approved by ICE and shall address acceptable and non-acceptable physical contact among family members.

(c) The Service Provider shall provide all residents all rules for discipline and corrective action upon admission and such rules shall be posted in the facility. Service Provider shall ensure that the standards for rules and discipline shall be formulated with consideration for the range of ages and maturity found in a short-term care program and are culturally sensitive to the needs of the residents.

(17) Food Services – Meal programs shall incorporate a meal service that promotes family unity and needs. Consideration as to types of meals, manner of meal presentation, and access to salad bars and drink service should consider self-service opportunities. Menus should also consider palatability and variety with consideration given to both family and child friendly meals that promote healthy eating while allowing parental responsibility in selection and delivery.

(a) All meals served shall be in accordance with state licensing standards and shall take into account cultural, religious, or health concerns of the residents. Service Provider shall submit a *35-day* cycle menu certified by a licensed dietitian for ICE approval. Meals shall be palatable, served at the appropriate temperature, and shall comply with the approved menu.

(b) The Service Provider shall provide, taking into consideration the above paragraph, a sack lunch for residents who are or will be absent for any meal. Sack meals shall consist of the following:

1) One (1) Sandwich — 2 oz. of protein, i.e., beef, chicken, turkey, ham, tuna fish, peanut butter
2) One (1) Set Condiments (mustard/mayonnaise- when applicable)
3) One (1) Medium Fresh Fruit
4) One (1) Carton Milk/Juice/Punch (8 oz.)
5) One (1)Napkin
Sack meals shall be individually wrapped to protect against deterioration as well as to promote sanitation.

(18) Translators – The Service Provider is responsible for providing necessary translators or bi-lingual personnel for necessary communication with residents who do not speak or comprehend the English language. Other than in emergency situations, residents shall not be used for interpretation or translation services. The Service Provider may utilize

12

commercial phone language interpretive services to fulfill this requirement.

(19) Clothing, Linens and Bedding

    (a) The Service Provider shall allow residents to retain up to ten (10) sets of personal clothing, including undergarments, at any given time for use while at the facility.  Clothing is required to be appropriate and meet general modesty requirements.

    (b) The Service Provider shall distribute adequate clothing, including undergarments, footwear and pajamas, weather appropriate, to any resident who does not have clothing.  Clothing shall not be institutional in nature and shall meet community standards. Service Provider is responsible for issuing policy and procedures to ensure residents have adequate clean clothing at all times, which at a minimum will be two (2) sets of clothing per person per day.

    (c) All linens, bedding and mattresses shall be provided and cleaned by the Service Provider in accordance with state standard and approved facility policy. The material of these items shall be fire-retardant.

(20) Mail and Baggage Inspections – The Service Provider shall provide written policies and procedures governing packages, baggage, or any correspondence which shall be available to the residents. These policies and procedures shall be in accordance with ICE Residential Standards for juveniles and adults.

(21) Daily Program Activity Schedule – The Service Provider shall develop a weekly schedule of all program activities. The schedule shall show on a daily basis (Sunday-Saturday) the activity, location, supervisor, and any limitation on the number of participants. The facility Program Director shall review the activity schedule and forward to ICE for JFRMU approval.

(22) Admissions Procedures – The Service Provider shall have uniform admission procedures for residents which shall ensure, at a minimum, that the Service Provider
    (a) Verifies that all official documents, which accompany each resident, are complete and accurate so that they accurately identify the resident.

    (b) Conducts a comprehensive verbal orientation regarding the program and services for all residents in a language they

13

understand, and documents completion of this orientation by having both the resident and the intake staff person sign and date a statement to that effect, or if resident is a juvenile the family member shall co-sign with the juvenile, or if the resident is too young and unable to sign, the intake staff person will document the reason why the juvenile's signature is not on the document. This orientation shall include the program's basic rules, regulations, and procedures, and any actions, which could result in disciplinary sanctions.

(c) Issues a receipt for all cash and other property taken from the resident upon admission, and prepares an inventory of that property which the resident signs and retains, in accordance with the attached ICE Residential Standard. This record shall be supplemented for any additional property the resident receives during his or her stay at the facility. The Service Provider shall provide a secured space for the property.

(d) Ensures that all residents shower upon admission, at which time a body chart is prepared to reflect any tattoos, birth marks, injuries, bruises, or evidence of contraband, etc., and receive clean clothing (if needed), bedding, and personal hygiene items.

(e) Ensures that all residents receive a complete health and safety assessment (including lice screening) upon admission and a complete medical examination by a licensed physician or physician's assistant within 48 hours of admission or the first workday after admission (unless the alien received a medical examination from the transferring ICE facility, and documentation of such is provided), and a psychological evaluation, if indicated by a counselor, psychologist or psychiatrist within 14 days of admission, or sooner if necessary.

(f) An admission packet shall be done and include all items required by the Family Residential Standard for Admissions.

(23) Individual Resident Case Records- Any records created and/or maintained by the Service Provider, its subProvider(s), and/or any third party are the sole property of ICE and shall be accessed or released upon request by ICE.

(a) The Service Provider shall develop, maintain and safeguard individual resident case records. The Service Provider shall develop a system of accountability, which preserves the confidentiality of resident information and protects the records from unauthorized use or disclosure.

14

(b) At a minimum, individual resident case records must include the following information:

      1) Name and alien registration number;
      2) initial screening and intake forms;
      3) case information from the referral source;
      4) comprehensive assessment;
      *5)* medical/dental files (must be maintained separately);
      6) medical consent form;
      7) individual service plans and case notes;
      8) progress reports;
      9) program rules and disciplinary policies;
      10) copies of disciplinary actions;
      11) referrals to other service agencies;
      12) receipt and inventory of cash and personal property;
      13) any other relevant information; and
      14) any additional requirements by the State.

(24) <u>Cash Procedures</u> - The following procedures shall be followed to maintain accountability of residents' cash and other valuables. All procedures shall be in accordance with the attached Family Residential Standard.

(a) A Log shall be maintained showing all deposit and withdrawal activity (cash, jewelry, etc.). The Log shall include cash amount or item, date, resident's signature, preparing staffs signature, as well as a running balance of all cash transactions.

(b) A receipt voucher/request system shall be used for each cash transaction. The receipt voucher shall be signed by the person preparing the transaction, the resident, and the supervising staff person on duty. A copy shall be given to the resident and one shall be maintained in the resident's case file.

(c) Checks shall be maintained in the property bin

(d) All valuables shall be maintained in a secured safe and all funds shall be maintained in a non-interest bearing bank account.

(25) <u>Remote Custody and Transportation Services</u> - The Service Provider shall provide policy and procedures on remote custody and transportation services for approval by the Contracting Officer.

(a) <u>Remote Custody Services</u>

15

1) The Service Provider shall provide, at the direction of the COTR, remote custody services as may be required. The Service Provider shall be reimbursed for these services only when such services are directed by the COTR. The Service Provider shall not abandon any facility assignment to perform remote custody services.

2) Duties and responsibilities of this function shall be to remain with residents at medical appointments, medical facilities where the resident has been admitted, or at other locations as directed in writing by the COTR.

3) The Service Provider shall be authorized one facility staff person of the same gender as the resident for each such remote custody service, unless at the direction of the COTR, additional facility staff persons are required.

(b) Transportation Services

1) The Service Provider shall provide transportation services as may be required to transport residents securely, in a timely manner, to locations as directed by the COTR.

2) The Service Provider shall perform medical transportation as needed, weekly, using two (2) staff persons per run, one (1) of which must be the same gender as the resident being transported.

3) The Service Provider shall furnish sufficient vehicles in good repair and suitable, as approved by the ICE, to safely provide the required transportation service. The Service Provider shall not allow employees to use their privately owned vehicles to transport residents.

4) Transportation routes and scheduling shall be accomplished in the most economical manner as approved by the COTR.

(c) The Service Provider personnel provided for the above transportation services shall be of the same qualifications, receive the same training, and complete the same security clearances as those Service Provider personnel provided for in the other areas of the Agreement.

(d) The Service Provider shall, upon order of the COTR, or upon his/her own decision in an urgent medical situation, transport a

16

resident to a hospital location. The Service provider employee person shall keep the resident under constant supervision 24 hours per day until the resident is ordered released from the hospital, or at the order of the COTR. The Service Provider shall then transport the resident to the facility.

(e) When the COTR provides documents to the Service Provider concerning the resident(s) to be transported and/or escorted, the Service Provider shall deliver these documents only to the named authorized recipients. The Service Provider shall ensure the material is kept confidential and not viewed by any person other than the authorized recipient.

(f) The Service Provider shall establish a communications system that has direct and immediate contact with all vehicles and remote custody assignments. Upon demand, ICE will be provided with current status of all vehicles and remote custody assignment employees.

c. **Rights of Residents**

(1) Each resident is to enjoy a reasonable right to privacy, which shall include the right to:

(a) Wear his or her own clothes, when available and appropriate;
(b) Retain a private space in the residential facility for the storage of personal belongings;
(c) Talk privately on the phone, as permitted by the Family Residential Standards and State regulations;
(d) Visit privately with legal counsel as permitted by the Family Residential Standards;
(e) Other visits as approved by ICE and monitored by facility staff;
(f) Receive and send mail in accordance with Family Residential Standards; and
(g) Attend religious services whenever possible.

(2) The Service Provider shall establish a policy and procedure that shall provide each resident freedom from discrimination based on race, religion, national origin, sex, handicap, or political beliefs, and ensures equal access to various services and work assignments, as appropriate.

(3) The Service Provider shall ensure that all residents have equal opportunities to participate in activities and receive services offered by the Service Provider.

17

5.    Program Management

a.   **Organizational Structure and Coordination**

(1) The Service Provider shall prepare and submit all policies, plans and procedures required by this statement of work to ICE for review and approval in accordance with Section F, Deliverables, of this contract prior to implementation. The Service Provider shall provide a system that ensures all written policies, plans and procedures are reviewed at least annually and updated as necessary. The Service Provider shall provide written certification that the review has been conducted. No policy, plan, procedure, or any changes under this Agreement shall be implemented prior to the written approval of the Contracting Officer.

(2) Service Provider shall have operative plans that identify organizational structures, lines of authority and lines of responsibility. Service Provider shall also maintain and administer comprehensive plans that facilitate and enhance intra-program and intra-organizational (if appropriate) communication. At a minimum, the Service Provider must ensure weekly staff meetings to discuss individual service plans, progress and daily schedules. Service Provider shall maintain working relationships and liaison with appropriate community organizations and the ICE.

(3) The Service Provider shall provide an overall Quality Assurance Plan (QAP), for approval, that addresses critical and measurable operational performance standards for the services required under this contract. The Service Provider shall incorporate in the QAP a periodic system that reviews and updates the changes to all policies, plans and procedures. The QAP shall include a monthly audit, or as directed by ICE which shall include the performance review of the facility operations for compliance with the QAP and compliance with the requirements of this contract. The Service Provider shall notify the Government 24 hours in advance of the audit to ensure the COTR is available to participate. The Service Provider's QAP shall be capable of identifying deficiencies, appropriate corrective action(s) and timely implementation plan(s) to the Contracting Officer.

(4) Service Provider shall identify measures they will take or have taken to assure and maintain community receptivity and support and/or reduce community opposition to the program.

18

b. **Media and Organizational Inquiries** –

The Service Provider shall refer all media inquiries to the ICE JFRMU. The Service Provider shall not provide any information to the press concerning this contract without prior approval from the ICE JFRMU. The Service Provider shall immediately notify the local ICE site supervisor of any media or other organizational inquiries.

c. **Personnel/Staffing**

(1) The Service Provider shall obtain prior written concurrence from the ICE Contracting Officer Prior to the hire of any key personnel, the Service Provider shall submit to the Juvenile and Family Residential Management Unit (JFRMU) Project Manager (PM) and the Contracting Officer a request for the review and approval of the job description, resume, cover letter, application, and any other applicable documents.

The following is a list of Key Personnel: Program Director, Assistant Program Director (if applicable), Clinicians/Lead Clinician, and Lead Case Manager.

(2) Prior to any employee performing duties under this contract, the Service Provider shall compile all documents and certifications which demonstrate the employees' compliance with the terms and conditions for employment as required by this contract and provide them to the COTR. The Service Provider shall obtain written approval from the COTR, for each employee, prior to assignment of duties.

(3) Programs shall ensure:

(a) One person identifiably responsible for the entire program and its outcomes;

(b) Staff person(s) identifiably responsible for the overall coordination of services including the individual service plans and the case management activities;

(c) Clear lines of authority and responsibility;

(d) Professional staff available to provide program services according to State standards;

(e) Staff available to provide structure and to coordinate and deliver all services required of the program;

(f) All staff responsible for the direct supervision of residents shall

19

comply with the employee educational and/or experience levels that are commensurate with State standards;

(g) Staffing ratio is to be at most stringent state licensing requirement level, specifically, at a ratio at the lowest age group in the facility;

(h) All movement and activity of residents throughout the facility must be supervised by staff who are responsible for the direct supervision of residents;

(i) Staffing ratios must be maintained anywhere in the facility, e.g., when in recreation or dining (one staff person cannot take ten people down the hall). At no time shall there be all male or all female staff on duty. Staffing shall consist of appropriate male/female staff in accordance with the population to allow the accomplishment of the facility's goal;

(j) Staff training shall be in accordance with State standards and shall meet minimum requirements of the ICE Residential Standards for hiring and training. The Service Provider shall submit a training policy and procedure including the standards. Certification of employee training/refresher training shall be provided to ICE annually. Staff is prohibited from providing any legal advice or counsel to residents in care, and is expressly prohibited from hindering or interfering with a resident's custody arrangements or in the execution of final immigration court orders.

(k) <u>Service Provider Employee Conduct.</u> The Service Provider shall develop for his/her employees' standards of employee conduct and specific disciplinary actions which are consistent with the Federal Employee Responsibilities and Conduct, *5 CFR Part 735*. The Service Provider shall hold his/her employees accountable for their conduct based on these standards, which are not restricted to, but must include:

> 1) Service Provider staff shall not display favoritism or preferential treatment to one resident, or group of residents, over another.

> 2) No Service Provider employee may deal with any resident except in a relationship that will support the approved goals of the facility. Specifically, staff members must never accept for themselves or any members of their family, any personal (tangible or intangible) gift, favor or service, from any resident or from any resident's family or

20

close associate, no matter how trivial the gift or service may seem, for themselves or any members of their family. All staff members are required to report to the facility director any violation or attempted violation of these restrictions. In addition, no staff shall give any gift, favors, or service to residents, their family or close associates.

3) No Service Provider employee shall enter into any business relationship with residents or their families (selling, buying or trading personal property).

4) No employee shall have any outside or social contact (other than incidental contact) with any resident, his/her family, or close associates.

5) The Service Provider shall report all violations or attempted violations of the Standards of Conduct or any criminal activity to the COTR. Violations may result in employee dismissal by the Service Provider or at the discretion of ICE. Failure on the part of the Service Provider to report a known violation or to take appropriate disciplinary action against offending employee or employees shall subject the Service Provider to appropriate action up to and including termination of the contract for default.

6) The Service Provider shall provide all employees with a copy of the Service Provider's Standards of Conduct. All employees must certify in writing that they have read and understood the Service Provider's Standards of Conduct. A record of this certificate must be provided to the COIR prior to the employee's beginning work under this contract.

(1) EDUCATION AND BACKGROUND REQUIREMENTS

Education and Experience - at minimum, Service Provider employees
shall possess a high school diploma or GED certificate and have at least two (2) years of experience that demonstrates the following:

1) The ability to greet and deal tactfully with the general public.

2) A clear capability of understanding and applying written and verbal orders, rules and regulations. All personnel shall be literate to the extent of being able to read and interpret printed rules and regulations, detailed written orders, training

21

instructions and materials, and must be able to compose reports which contain the informational value required by such directives.

3) Each employee shall possess good judgment, courage, alertness, an even temperament, and render satisfactory performance by conscientiously acquiring a good working knowledge of his/her position responsibilities.

4) The ability to maintain poise and self-control during situations that involve mental stress; this entails being able to withstand the accompanying excitement of fires, explosions, civil disturbances, and building evacuations.

5) The Service Provider is responsible for reviewing the standard for hiring and training and for meeting the criteria set under that standard for the various positions identified.

(m) Removal from Duty

1) The Service Provider shall immediately notify the COTR in writing when learning of any adverse or disqualifying information on any employee. If the Contracting Officer or COTR receives disqualifying information on a Service Provider employee, he/she shall direct that the Service Provider immediately remove the employee from performing duties under this contract or any other ICE contract. The Service Provider must comply with all such directions. Disqualifying information includes but is not limited to:

a) Conviction of a felony, a crime of violence, or a serious misdemeanor;
b) Possessing a record of arrests for continuing offenses;
c) Falsification of information entered on suitability forms.

2) ICE may direct that the Service Provider immediately remove from assignment to this Agreement any employee(s) who has/have been disqualified for either security reasons or for being unfit to perform their required duties as determined by the COTR or Contracting Officer. The Service Provider shall immediately notify the COTR in writing when the employee is removed from duty. The Service Provider shall comply with this direction. A determination of being unfit for duty may be made from, but is not limited to, incidents involving the most immediately identifiable types of misconduct or delinquency as set forth below:

22

a) Neglect of duty, including sleeping while on duty, loafing, and unreasonable delays of failures to carry out assigned tasks, conducting personal affairs during official time, and refusing to render assistance or cooperate in upholding the integrity of the security program at the work sites.

b) Falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records, or concealment of material facts by willful omissions from official documents or records.

c) Theft, vandalism, immoral conduct, or any other criminal actions.

d) Selling, consuming, or being under the influence of intoxicants, drugs, or substances which produce similar effects.

e) Unethical or improper use of official authority or credentials.

f) Unauthorized use of communication equipment or Government property.

g) Violations *of* security procedures or regulations.

h) Recurring tardiness.

i) Possession of alcohol or illegal substances while on duty.

j) Undue fraternization with residents as determined by the COTR.

k) Repeated failure to comply with visitor procedures as determined by the COTR.

l) Performance, as determined by investigation by the Contracting Officer, involving acquiescence, negligence, misconduct, lack of diligence, good judgment, and/or common sense resulting in, or contributing to, a resident escape.

m) Failure to maintain acceptable levels of proficiency or fulfill training requirements.

23

(n) The Service Provider shall not assign nor permit any employee to work under this contract more than a total of 12 hours of any 24-hour period. This shall include time employed not within the scope of this contract. All employees shall have a continuous eight (8) hour rest period within each twenty-four (24) hour period. Should situations arise where an employee is required for more than 12 hours, the Service Provider shall obtain prior approval from the COTR. Exceptions shall only be granted on a case by case basis dependent upon the situation.

(o) The Service Provider shall immediately notify the COTR in writing of any employee(s) terminations, suspensions, resignations, or any other adverse personnel actions taken for any reason.

(p) The Service Provider is responsible for his/her employees having identification credentials in their possession at all times while performing under this contract. The Service Provider credential required by ICE under this contract must contain the following for each employee:

> 1) A photograph of the employee that is at least one inch square. The photograph will show as a maximum, the head and shoulders of the employee and will be no more than one year old at the time the credential is issued.
> 2) A printed personal description consisting of the employee's name, sex, birth date, height, weight, hair color, and eye color.
> 3) Date of issuance.
> 4) Signature of the employee.
> 5) Identification of and validation by the issuing authority.

No credential shall be more than three years old. The Service Provider must void and immediately make the appropriate disposition of all identification credentials upon completion of assignments which result in his/her employees no longer performing under this contract.

e. **Physical Facility Plant**

(1) Program services shall be provided in the least restrictive environment appropriate to the population and administered in a culturally sensitive

24

manner. Service Provider shall affirmatively demonstrate through appropriate documentation that all facilities meet all applicable State licensing requirements for residential child care facilities and adult shelter care facilities, where applicable.

(2) The Service Provider shall provide regular and effective monitoring and shall ensure that all residents are provided housing which meets or exceeds the minimum design standards described in this document. State licensing guidelines provide ample instruction on space, privacy, fire, safety, and sanitation requirements. State licensing standards shall be made part of the record submitted by the Service Provider to ICE. The Service Provider shall provide a copy of all State issued reports on the facility to the ICE Contracting Officer.

(3) The Service Provider shall have a daily housekeeping plan for the facility's physical plant. The Service Provider shall make arrangements and be responsible for periodic scheduled cleaning of floors, windows, furnishings, fixtures, and grounds necessary to conform to the applicable health and sanitary requirements. All facility maintenance, including janitorial service, is the responsibility of the Service Provider. Service Provider shall supply the COTR with a copy of the housekeeping plan.

(4) The Service Provider shall provide space and accommodations as described in the attached Design Standard for "Family Residential Facility".

(5) The Service Provider shall not change or modify any drawings, schedules, specifications, or documentation provided under the solicitation/contract, without prior written direction or approval of the Contracting Officer. The Service Provider shall provide a complete set of construction drawings, schedules, and cut sheets at the 35% and 100% design stages for review and concurrence by the Contracting Officer. The 100% design shall be provided to the Contracting Officer at least 60 days prior to commencement of construction.

f. **Emergency and Safety Requirements**

(1) The facility shall comply with all applicable federal, state and municipal sanitation, safety and health codes. The Service Provider shall provide copies of the certificate(s) which document the compliance with these codes to the COTR prior to occupancy.

(2) The Service Provider shall provide written policy and procedure to the COTR which specify the facility's locally approved fire prevention plan and procedures to ensure the safety of staff, residents and visitors. The Service Provider shall provide documentation to the COTR of a fire and

25

safety inspection of the facility. ICE may perform inspections as deemed necessary to assure compliance with all health, safety and emergency procedures.

(3) The Service Provider shall assure that the facility is a tobacco free environment.

(4) The Service Provider shall prepare a written evacuation and alternate staging plan for use in event of fire, major emergency or should the facility become unfit for its intended use. The Service Provider shall obtain written certification from a fire department inspector that the evacuation plan meets national fire safety codes. The Service Provider shall review the plan annually, update as necessary, and reissue to the local fire jurisdiction and the COTR, as well as ensuring awareness of the plan and procedures by the staff and the residents.

(5) The Service Provider shall ensure that the facility has the fully functional equipment necessary to ensure automatic transfer of services for essential lights, power and communications in an emergency.

(6) The Service Provider shall ensure that the interior finishing materials in living areas, exit areas and places of public assembly conform to recognized national safety codes.

(7) Children under 10 years of age shall not be permitted in upper bunks of any bunk beds.

(8) All electrical receptacle outlets shall be turned **off** in all bedrooms or protected by electrical safety devices such as surge protection switches or covers. All areas off-limits to residents must be locked when not in use.

g. __Program Reporting Requirements__

(1) Monthly Program Progress Reports are due the fifth workday after the end of each month. These reports shall, at a minimum, provide information regarding adjustments, and progress made toward meeting the specific goals and objectives of the contract. The Monthly Program Progress Report shall include, but is not limited to, information describing a chronological listing of all residents, which includes name, alien control number, date of admission, end of month status, and date of discharge.

(2) The Service Provider, upon discovery, shall immediately notify the applicable local ICE supervisor in charge of the facility verbally and follow up in writing within 24 hours with a complete written report of any change in the status or condition of any resident in care including the

26

following:

    (a) Any unauthorized absence of the resident;
    (b) Contacts or threats by individuals believed to represent alien smuggling syndicates or organized crime;
    (c) Pregnancy of the resident;
    (d) Child-birth by the resident;
    (e) Hospitalization of, serious illness of, or serious injury to the resident;
    (f) Suicide or attempted suicide by the resident;
    (g) Escape or attempted escape by the resident;
    (h) Death of the resident;
    (i) Hunger strike by the resident(s);
    (j) Arrest and/or incarceration of the resident;
    (k) Commission of a major program offense;
    (1) Any abuse or neglect incident dealing with a resident; and
    (m) Unauthorized correspondence and/or contact with a resident.

(3) Procedures for reporting escapes or other unauthorized absences are as follows:

    (a) Report to local law enforcement authorities; and
    (b) Report to local ICE supervisor in charge of the facility;
    (c) Report to ICE/local law enforcement:

        1) Name and alien registration number of resident(s);
        2) Physical description of individual(s)
        3) Time of incident;
        4) What occurred;
        *5)* Any known calls or contacts made by resident prior to escape;
        6) Name, address, phone number of family;
        7) Information regarding unusual behavior;
        8) Any reasons to believe that escape was involuntary;
        9) Other law agencies notified and point(s) of contact.

**h.  <u>Record Retention</u>**

(1) The Service Provider shall provide written plans, policies and procedures that describe the format and reporting criteria for all records and reports. The Service Provider shall maintain all logs and records required to operate and document both the operational and personnel aspects of the facility and to comply with the requirements of this contract. All logs and records shall be maintained at the facility in locked cabinets located within a properly secured and controlled room. The room shall be located within the administrative area of the facility. ICE officials shall have the right to inspect any and all records,

27

upon demand, at any time during the term of the contract or thereafter as specified below. All reporting requirements contained within this contract shall comply with this paragraph.

(2) The Service Provider shall not destroy or alter with intent to deceive any logs/records pertaining to this contract. At the completion of termination of this contract, the Service Provider shall turn over all logs and records as directed by the Contracting Officer.

6.     ICE Coordination

(1) ICE will be involved in the programmatic development and on-going activities proposed and agreed upon in this contract. ICE will monitor and evaluate the provision of services; establish mechanisms to facilitate the referral and assignment of juveniles and family groups to the Service Provider for purposes of shelter care and other related services and provide consultation regarding programmatic issues or concerns, as needed.

(2) At time of placement in facility, ICE will provide the Service Provider with appropriate available alien documentation.

7.     Operating Constraints

The following constraints are the statutory, regulatory, policy and operational considerations that will or may impact the Service Provider.  The Service Provider is expected to become familiar with all constraints affecting the work to be performed.  These constraints may change over time; the Service Provider is expected to be aware of any changes to the constraints and perform in accordance with the most current version of the constraints.   Constraints include, but are not limited to:

a)  Memoranda of Understanding between ICE and individual state and local law enforcement jurisdictions may vary.

b)  ICE resource constraints and funding may influence the activities and breadth of the Family Residential Management program.

c)  Department of Homeland Security Management Directive (MD) 11042.1-Safeguarding Sensitive but Unclassified (For Official Use Only) Information.

d)  Department of Homeland Security Management Directive (MD) 11050.2 - Personnel Security and Suitability Program

e)  Other applicable Executive Orders and Management Directives

f)  Computer Security Act of 2002

g)  The Patriot Act of 2001

28

h) The Illegal Immigration Reform and Immigrant Responsibility Act (IIAIRA), P. L. 104-208

i) Immigration and Nationality Act of 1952, as amended (P.L. 82-414)

j) The Privacy Act of 1974, as amended (P. L. 5 U. S. C. 552a)

k) Health Insurance Portability and Accountability Act of 1996 (P. L. 104-191)

l) Federal Acquisition Regulations (FAR) and Department of Homeland Security Acquisition Regulations (HSAR)

m) Applicable facility codes, rules, regulations and policies.

n) Applicable Federal, state and local labor laws and codes.

o) Pre-clearance approvals are required for access to ICE field staff, facilities and information

p) All applicable environmental requirements, including Executive Orders and Management Directives

q) Existing lease agreements.

r) DHS Non-Disclosure Agreement Requirement

**Statement of Work Performance Criteria**

The COTR will monitor and evaluate the Service Provider's progress and performance, including communications throughout the performance period, completeness and quality of performance requirements and the timeliness and quality of deliverables and services.  All records, documents, programs and activities that the Service Provider provides on behalf of alien family groups shall comply with the applicable Federal and state requirements, including those areas pertaining to medical, education, admission processing, law enforcement, counseling, and legal services.  (Note:  The listing of tasks/deliverables in the chart below is not all-inclusive.  It signifies those tasks/deliverables that are deemed critically important and have discreet performance indicators and measures.  The Service Provider is obligated to perform all tasks/deliverables contained in the contract.)

| Task/Deliverable | Required Outcomes | Performance Indicators | How Measured |
|---|---|---|---|
| **Ref.  4a.  Program Scope** | | | |
| (1) Provide residential care and other services in a state licensed residential care program. | Facility(ies) will become operational by the approved start-up date(s) in the Service Provider's approved Program Management Plan (or proposal). | Facility opens on time. Living quarters accommodate alien family members as prescribed by the SOW and standards.  State and local health and | COTR surveillance to ensure timeliness in facility opening and start-up.  Overall resident living quarters meet contract requirements.  Processing, release, transfer and |

29

| Task/Deliverable | Required Outcomes | Performance Indicators | How Measured |
|---|---|---|---|
| | Each facility is a safe and clean living environment in which all the required tasks and services are timely and accurately delivered. | safety codes and standards are met. | removal actions are timely executed.

The facility does not violate state or local building, health or safety codes.  No more than 3 minor violations/year are permitted.  Each violation is resolved within the prescribed allotted time frame.  No more than 1 major violation/year is permitted.  A major violation is one in which there is an imminent danger to staff and/or residents that requires immediate rectification. |
| (5) The Service Provider shall ensure that the family group(s) and its individual members follow an integrated and structured daily routine which shall include, but not be limited to the following services: education, recreation, life skills and/or chores, study period, counseling, group interaction, free time and access to religious and legal services. | Family members' daily routines include a well-rounded and productive educational and activity curriculum. | The daily curriculum for family members includes children's educational programs, recreation, life skills, counseling (if needed) and access to religious and legal services, if desired. | COTR inspections of programs and resident activities.

Resident surveys to validate the availability, use and quality of services. |
| (9) The Service Provider shall implement and administer a case management system which tracks and monitors each resident's progress on a regular basis to ensure that he/she receives the full range of program services in an integrated and comprehensive manner. | Case files contain each resident's enrollments in activities, their progress and achievements, health care services and other relevant information. | All entries are accurate and current.  Law enforcement, Privacy Act and HIPAA-related information are properly safeguarded.

Records are secured in accordance with computer security and physical security standards. | COTR inspections of case files. |

30

| Task/Deliverable | Required Outcomes | Performance Indicators | How Measured |
|---|---|---|---|
| **Ref. 4b Program Services** | | | |
| (1) Care and Maintenance - Proper physical care and maintenance, including suitable living accommodations, food, appropriate clothing, personal grooming items and hair care services, and personal allowance or remuneration for work shall be provided (outside of normal chores or responsibilities) as defined by applicable State statutes. | Living quarters, meals, clothing and personal care services are in place and available to all residents. | Each resident has his/her own sleeping quarters, meals, essential clothing and is remunerated for work outside normal chores, when applicable. | COTR inspections of facilities and services to residents.<br><br>Resident surveys to validate the availability, use and quality of services |
| (2) Medical/Mental/Dental Care (see Statement of Work for full text). | Arrival screenings are performed within the prescribed 6 hour upon arrival time frame.<br><br>On-site health care is available 24 hours/day, 7 days per week.<br><br>Instructions are in the resident's native language.<br><br>Access to an off-site emergency medical care service is arranged and in place.<br><br>Policies and procedures for dispensing over-the-counter and Rx drugs and special diets are in place. | Prompt screenings and processing of new arrivals.<br><br>On-site health care is accessible and available to residents.<br><br>Instructions are available and clearly understood by residents.<br><br>Emergency care is provided when required.<br><br>Policies and procedures are reviewed and approved by the COTR | COTR inspections.<br><br>Information is validated through resident surveys. |
| (6) Case Management (see Statement of Work for full text). | Individual service plans are developed, implemented and coordinated. Staff members are qualified | Case files are maintained and current. Residents' safety, social and cultural needs are monitored and addressed. | COTR inspections. |

31

| Task/Deliverable | Required Outcomes | Performance Indicators | How Measured |
|---|---|---|---|
| | social workers or case workers having the necessary education and training. | Staff members' credentials are available for review. | |
| (8) Juvenile Education (see Statement of Work for full text). | Education programs are held in structured and grade level appropriate classroom settings.<br><br>Instructions in core subjects are provided.<br><br>Student/teacher ratio does not exceed 20:1.<br><br>Students with handicaps and/or special needs are identified and referred to appropriate agencies for intervention and services. | Classrooms are provided. Desks/tables are classroom materials are appropriate for each grade level.<br><br>Teachers are qualified and conduct lessons in the appropriate native language (Spanish and Chinese), as needed.<br><br>No more than 20 students are in each class.<br><br>Students with special needs are provided services to facilitate their learning. | COTR inspections.<br><br>Information is validated through resident surveys. |
| **5. Program Management** | | | |
| a  Organization Structure and Coordination | Policies, plans and procedures are timely developed.  They are submitted for COTR review annually. | Policies, plans and procedures encompass all program services and program management requirements | Documents are on file with the Service Provider and available for COTR's inspection.<br><br>Documents are submitted annually as prescribed by the Contract, Section F. |
| c.  Personnel/Staffing | Key personnel qualifications are provided and meet the criteria for the personnel's position(s). | The qualifications are presented to the COTR for review and approval prior to placement. | Key personnel qualifications meet the criteria for the personnel's position(s). |

32



# Berks County Youth Center
## Standard Operating Procedures and Policies

| | | | |
|---|---|---|---|
| **Chapter:** | **Quality Assurance Plan - Draft** | **Policy #:** | 38.010 |
| **Subject:** | | **Effective Date:** | 10/15/09 |
| **Program:** | Immigration Family Program | **Revised Date:** | 10/15/09 |

**Approved:** <u>Signature on File</u>
**Kenneth C. Borkey, Jr.,** *Executive Director*

---

## Policy

It is the policy of the Berks County Youth Center to implement and maintain a Quality Assurance Plan (QAP) with a Performance Monitoring Tool to ensure and demonstrate this facility's compliance with the U.S. Immigration and Custom Enforcement Immigration Family Standards.

## Procedure

1. The Berks County Immigration Family Shelter shall use The U.S. Immigration and Customs Enforcement Detention and Removal Operations Performance Monitoring Tool to document the frequency that each standard is reviewed; the rating used to access the overall performance; the corrective action required and/or comments and the due date the corrective action required is to be completed by.

2. The U.S. Immigration and Customs Enforcement Detention and Removal Operations Performance Monitoring Tool uses the following ratings to access overall performance during the review:

| Rating | Description |
|---|---|
| Acceptable (A) | Based on the measures, the performance standard is demonstrated. |
| Deficient  (D) | Based on the measures, compliance with most of the attributes of the performance standard is demonstrated/observed with some area(s) needing improvement.  There are no critical areas of unacceptable performance. |

3. The following is a sample of the many existing monitoring tools that  shall be used during reviews to verify and document this facility's compliance with the U.S. Immigration and Custom Enforcement Immigration Family Standards :

   - Written policies and procedures and logs developed to monitor each policy and procedure
   - Employee Policy Sign-Off Sheets for new policies and/or procedures
   - LOCKDOWN Software used for resident funds accountability
   - Medical logs retained by the Medical Department
   - Written Emergency Plans and Quarterly Table Top Drills
   - Kitchen Monitoring Forms
   - Maintenance Forms
   - Training files retained by the Training Department

- Resident File Review
- Facility Logbook and all facility reports.
- Internal Security Checks between shifts
- Facility Logbook and Report Forms
- Monthly Safety Committee Meetings
- Resident Handbook
- Life Health Safety Checks

4. The Deputy Director shall assign the Daily and Weekly compliance reviews as indicated by the U.S. Immigration and Customs Enforcement Detention and Removal Operations Performance Monitoring Tool to ensure that the overall operational requirements of the standards are being met.

5. A Compliance Review Report shall be completed during the review and returned to the Deputy Director within the established required time frame.

6. When it is determined that a corrective action is required to bring the facility into compliance, the Deputy Director or their designee shall determine the deadline for the required corrective action.

7. The Deputy Director shall conduct the Monthly and Quarterly compliance reviews as indicated by the U.S. Immigration and Customs Enforcement Detention and Removal Operations Performance Monitoring Tool to ensure that the total operational requirements of the standards are being met.

8. The Deputy Director shall maintain the facility's master copy of the U.S. Immigration and Customs Enforcement Detention and Removal Operations Performance Monitoring Tool.

Immigration and Customs Enforcement

Office of Detention and Removal Operations



Family and Residential Centers

Quality Assurance Surveillance Plan

**Berks 02713**

## Table of Contents

1. INTRODUCTION ................................................................. 1

2. DEFINITIONS ................................................................... 1

3. QUALITY CONTROL PLAN ................................................ 2

4. METHODS OF SURVEILLANCE ........................................ 3

5. FUNCTIONAL PERFORMANCE AREAS AND STANDARDS ........................... 5

6. FAILURE TO MEET PERFORMANCE STANDARDS ....................... 5

7. NOTIFICATIONS ............................................................ 6

8. RESIDENT/MEMBER OF PUBLIC COMPLAINTS ............................. 8

9. ATTACHMENTS ............................................................. 8

Attachment 1- Performance Requirements Summary ......................... 1

Attachment 2 - Contract Discrepancy Report .................................. 1

Attachment 3 – Performance Monitoring Tool ................................. 1

Attachment 4 – Staffing Plan .................................................... 1

**QUALITY ASSURANCE SURVEILLANCE PLAN**
**for the**
**FAMILY AND RESIDENTIAL CENTERS**
**IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)**
**OFFICE OF DETENTION AND REMOVAL (DRO)**

## 1. INTRODUCTION

The Government's Quality Assurance Surveillance Plan (QASP) is based on the premise that the contractor/service provider, and not the Government, is responsible for the day-to-day operation of the facility, the delivery of educational, medical and social services, and all the management and quality control actions required to meet the terms of the contract. The role of the Government in quality assurance is to ensure performance standards are achieved and maintained. The service provider is required to develop a comprehensive program of inspections and monitoring actions and to document its approach in a Quality Control Plan (QCP). The service provider's QCP, upon approval by the Government, will be made a part of the resultant agreement.

This QASP is designed to provide an effective surveillance method to monitor the service provider's performance relative to the requirements listed in the agreement. The QASP illustrates the systematic method the Government (or its designated on-site representative) will use to evaluate the services the service provider is required to furnish.

This QASP is based on the principle that the Government must validate that the contractor/service provider is complying with DRO-mandated quality standards in operating, maintaining, and repairing detention facilities. Performance standards address all facets of resident handling, including safety, health, legal rights, facility and records management, etc. Good management by the service provider and use of an approved QCP will ensure that the facility is operating within acceptable quality levels.

## 2. DEFINITIONS

**Performance Requirements Summary (Attachment 1):** The Performance Requirements Summary (PRS) communicates what the Government intends to qualitatively inspect. The PRS is based on ICE DRO Residential Standard. The PRS identifies performance standards grouped into ten functional areas, and quality levels essential for successful performance of each requirement. The PRS is used by the Government (or its designated representative) when conducting quality assurance surveillance to guide them through the inspection and review processes for assessing compliance in meeting Government standards.

**Functional Area:** A logical grouping of performance standards.

**Contracting Officer's Technical Representative (COTR):** The COTR interacts with the service provider to inspect and accept services/work performed in accordance with the technical standards prescribed in the agreement. The Contracting Officer issues a

written memorandum that appoints the COTR. Other individuals may be designated to assist in the inspection and quality assurance surveillance activities.

**Performance Standards:** The performance standards are established in the DRO Residential Standards. Other standards may also be defined in the agreement. **Measures:** The method for evaluating compliance with the standards.

**Acceptable Quality Level:** The minimum level of quality that will be accepted by the Government in order to meet the performance standard.

**Withholding:** Amount of monthly invoice payment withheld pending correction of a deficiency. See Attachment 1 for information on percentage of invoice amount that may be withheld for each functional area. Funds withheld from payment are recoverable (See Sections 7 and 8) if the COTR and Contracting Officer confirm resolution/correction, and should be included in the next month's invoice.

**Deduction:** Funds may be deducted from a monthly invoice for an egregious act or event, or if the same deficiency continues to occur. The service provider will be notified immediately if such a situation arises. The Contracting Officer in consultation with the Program Office will determine the amount of the deduction. Amounts deducted are not recoverable. The assessment of deductions does not preclude the Contracting Officer from initiating other applicable contract actions and remedies, if applicable.

## 3. QUALITY CONTROL PLAN

As a part of its agreement with the Government, the service provider is required to develop, implement, and maintain a Quality Control Plan (QCP) that describes the methods it will use to review its performance to ensure it conforms to the performance requirements. (See Attachment 1 for a summary list of performance requirements.) Such reviews are performed by the service provider in order to validate its operations, and assure the Government that the services meet the performance standards.

The service provider's QCP should include monitoring methods that ensure and demonstrate its compliance with the performance standards. This includes inspection methods and schedules that are consistent with the regular reviews conducted by DRO. The reports and other results generated by the service provider's QCP activities should be provided to the COTR as requested.

The frequency and type of the service provider's reviews should be consistent with what is necessary in order to ensure compliance with the performance standards, but no less frequent than what is described in the Government's monitoring instrument/worksheets (See Attachment 3).

The contractor/service provider is encouraged not to limit its inspection to only the processes outlined in the Government's standard; however, certain key documents must be produced by the provider to assure the Government that the services meet the

performance standards.  Some of the documentation that must be generated and made available to the COTR for inspection is listed below.  The list is intended as illustrative and is not all-inclusive.  The service provider must develop and implement a program that addresses the specific requirement of each standard and the means it will use to document compliance.

- Written policies and procedures to implement and assess operational requirements of the standard
- Documentation and record keeping ensuring ongoing operational compliance with the standards (e.g.; inventories, logbooks, register of receipts, reports, etc.)
- Staff training records
- Contract discrepancy reports (CDRs)
- Investigative reports
- Medical records
- Education curricula (in accordance with state education criteria and standards) and child development records
- Records of legal and counseling services (with consideration of attorney-client confidentiality)
- Records of investigative actions taken
- Equipment inspections
- System tests and evaluation

## 4.      METHODS OF SURVEILLANCE

The Government will inspect the service provider's facility and operations using worksheets it developed for this purpose.  All facilities will be subject to an annual full facility review using the procedures outlined in the ICE DRO Residential Standard.  The Government's annual full facility reviews will use the monitoring instruments embedded in the standards.

All Family Residential Facilities will have an on-site COTR and/or designees who will perform regular and more frequent inspections using the worksheet in Attachment 3.  This worksheet will help the COTR or designee assess overall performance, by reviewing specific items within the functional areas on a daily, weekly, monthly, and/or quarterly basis. Both annual and routine inspections will include a review of the service provider's QCP activities including the reports and results generated by them.

The COTR or designee will evaluate the service provider's performance by (a) conducting site visits to assess the facility and residential health and welfare conditions, (b) reviewing documentation, and (c) interviewing the service provider's personnel and/or residents.  NOTE: For day-to-day activities, the Government will conduct its surveillance using the worksheets created for this purpose, along with the Contract Deficiency Reports (CDRs; See Attachment 2) and the "Contract Performance Monitoring Tool" set forth in Attachment 3.  Where ICE/DRO standards are referenced

**Berks 02717**

for annual review purposes, the "Monitoring Instruments" and "Verification Sources" identified in the DRO standard will be used.

**4.1 Site Visits**:  Site visits are used to observe actual performance and to conduct interviews to determine the extent of compliance with performance standards, and to ensure any noted defects are effectively addressed and corrected as quickly as possible. All Family Residential sites will have an on-site COTR designee. Routine reviews may involve direct observation of the service provider personnel performing tasks, interacting with residents and other staff members, and/or reviewing documentation that demonstrates compliance with the DRO standards.  On-site inspections may be performed by the ICE COTR or by other parties designated as representatives of ICE. Inspections may be planned or ad-hoc.

**4.2 Ad-Hoc**:  These inspections are unscheduled and will be conducted as a result of special interests arising from routine monitoring of the service provider's QCP, an unusual occurrence pertaining to the agreement or other ICE concerns.  These inspections may also be used as a follow-up to a previous inspection.  Inspection findings will be provided to the service provider as appropriate.

When visiting a site, either the COTR or a designated third party may conduct their own inspections of service provider performance activities, or accompany the service provider's designated Quality Control Inspector (QCI) on scheduled inspections.  The COTR may also immediately inspect the same area as soon as the QCI has completed the quality control inspection to determine if any surveillance areas were overlooked. The COTR may also inspect an area prior to the QCI and compare results. The COTR will record all findings; certain deficiencies noted will be provided in writing and must be corrected within a reasonable amount of time (See Attachment 2).

**4.3 Review of Documentation**:  The service provider must develop and maintain all documentation as prescribed in the performance standards (e.g., post logs, policies, and records of corrective actions).  In addition to the documentation prescribed by the standards, the service provider must also develop and maintain documentation that demonstrates the results of its own inspections as prescribed in its QCP.  The COTR will review both forms of documentation to affirm that the facility conditions, policies/procedures, and handling of residents all conform to the performance standards stated herein.  When reviewing the service provider's documentation, the Government may review 100% of the documents, or a representative sample.  Documentation may be reviewed during a site visit, or at periodic points throughout the period of performance.

**4.4 Interviews and Other Feedback:**  The COTR will interview key members of the service provider's staff, residents and other Government personnel to ascertain current practices and the extent of compliance with the performance standards.

**Berks 02718**

## 5. FUNCTIONAL PERFORMANCE AREAS AND STANDARDS

To facilitate the performance review process, the required performance standards are organized into nine functional areas. Each functional area represents a proportionate share (i.e., weight) of the monthly invoice amount payable to the service provider based on meeting the performance standards. Payment withholdings will be based on these percentages and weights applied to the overall monthly invoice.

ICE may, consistent with the scope the agreement, unilaterally change the functional areas and associated standards affiliated with a specific functional area. The Contracting Officer will notify the service provider at least 30 calendar days in advance of implementation of the new standard(s). If the service provider is not provided with the notification, adjustment to the new standard must be made within 30 calendar days after notification. If any change affects pricing, the service provider may submit a request for equitable price adjustment in accordance with the "Changes" clause. ICE reserves the right to develop and implement new inspection techniques and instructions at any time during performance without notice to the service provider, so long as the standards are not more stringent than those being replaced.

## 6. FAILURE TO MEET PERFORMANCE STANDARDS

Performance of services in conformance with the PRS standards is essential for the service provider to receive full payment as identified in the agreement. The Contracting Officer may take deductions against the monthly invoices for unsatisfactory performance documented through surveillance of the service provider's activities gained through site inspections, reviews of documentation (including monthly QCP reports), interviews and other feedback. As a result of its surveillance, the service provider will be assigned the following rating relative to each performance standard:

| Rating | Description |
|--------|-------------|
| Acceptable | Based on the measures, the performance standard is demonstrated. |
| Deficient | Based on the measures, compliance with most of the attributes of the performance standard is demonstrated/observed with some area(s) needing improvement. There are no critical areas of unacceptable performance |
| At-Risk | Based on the performance measures, the majority of a performance standard's attributes are not met. |

Using the above standards as a guide, the Contracting Officer will implement adjustments to the service provider's monthly invoice as prescribed in Attachment 1

Rather than withholding funds until a deficiency is corrected, there may be times when an event or a deficiency is so egregious that the Government **deducts** (vs. "withholds") amounts from the service provider's monthly invoice. This may happen when an event occurs, such as sexual abuse, when a particular deficiency is noted 3 or more times without correction, or when the service provider has failed to take timely action on a deficiency about which he/she was properly and timely notified. The amount deducted will be consistent with the relative weight of the functional performance area where the deficiency was noted. The deduction may be a one-time event, or may continue until the service provider has either corrected the deficiency, or made substantial progress in the correction.

Further, a deficiency found in one functional area may tie into another. If a resident escaped, for example, a deficiency would be noted in "Security and Control," but may also relate to a deficiency in the area of "Administration and Management."

# 7. NOTIFICATIONS

(a) Based on the inspection of the service provider's performance, the COTR will document instances of deficient or at-risk performance (e.g., noncompliance with the standard) using the CDR located at Attachment 2. To the extent practicable, issues should be resolved informally, with the COTR and service provider working together. When documentation of an issue or deficiency is required, the procedures set forth in this section will be followed.

(b) When a CDR is required to document performance issues, it will be submitted to the service provider with a date when a response is due. Upon receipt of a CDR, the service provider must immediately assess the situation and either correct the deficiency as quickly as possible or prepare a corrective action plan. In either event, the service provider must return the CDR with the action planned or taken noted. After the COTR reviews the service provider's response to the CDR including its plan/remedy, the COTR will either accept plan or correction or reject the

**Berks 02720**

correction/plan for revision and provide an explanation. This process should take no more than one week. The CDR should not be used as a substitute for quality control by the service provider.

(c) The COTR and CO, in addition to any other designated ICE official, shall be notified immediately in the event of all emergencies. Emergencies include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work-place violence, civil disturbances/ protests); staff use of force including use of lethal and less-lethal force (includes inmates in restraints more than eight hours); assaults on staff/inmates resulting in injuries requiring medical attention (does not include routine medical evaluation after the incident); fights resulting in injuries requiring medical attention; fires; full or partial lock down of the facility; escape; weapons discharge; suicide attempts; deaths; declared or non-declared hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather (e.g., hurricanes, floods, ice/snow storms, heat waves, tornadoes); fence damage; power outages; bomb threats; Resident cases admitted to a community hospital; significant environmental problems that impact the facility operations; transportation accidents (airlift, bus, etc.) resulting in injuries, death or property damage; and sexual assaults. Note that in an emergency situation, a CDR may not be issued until an investigation has been completed.

(d) If the COTR concludes that the deficient or at-risk performance warrants a withholding or deduction, the COTR must include the CDR in its monthly report to DRO Headquarters, with a copy to the Contracting Officer. The CDR must be accompanied by the COTR's investigation report and written recommendation for any withholding. If contractual action including a withholding or deduction is appropriate, DRO headquarters will forward the CDR and supporting information to the Contracting Officer for action. The Contracting Officer will consider the COTR's recommendation and forward the CDR along with any relevant supporting information to the service provider in order to confirm or further discuss the prospective cure, including the Government's proposed course of action. As described in Section 6 above, portions of the monthly invoice amount may be withheld until such time as the corrective action is completed, *or* a deduction may be taken

(e) Following receipt of the service provider's notification that the correction has been made, the COTR may re-inspect the facility. Based upon the COTR's findings, he/she will recommend that the Contracting Officer continue to withhold a proportionate share of the payment until the correction is made, or accept the correction as final and release the full amount withheld for that issue.

(f) If funds have been withheld and either the Government or the service provider terminates the agreement, those funds will not be released. The service provider may only receive withheld payments upon successful correction of an instance of non-compliance. Further, the service provider is not relieved of full performance of the

**Berks 02721**

required services hereunder; the agreement may be terminated upon adequate notice from the Government based upon any once instance, or failure to remedy deficient performance, even if a deduction was previously taken for any inadequate performance.

(g) The COTR will maintain a record of all open and resolved CDRs.

## 8. RESIDENT/MEMBER OF PUBLIC COMPLAINTS

The resident and the public are the ultimate recipients of the services identified in this agreement. Any complaints made known to the COTR will be logged and forwarded to the service provider for remedy. Upon notification, the service provider will be given a pre-specified number of hours after verbal notification from the COTR to address the issue. The service provider will submit documentation to the COTR regarding the actions taken to remedy the situation. If the complaint is found to be invalid, the service provider will document its findings and notify the COTR.

## 9. ATTACHMENTS

1  Performance Requirements Summary

2  Contract Discrepancy Report

3  Performance Monitoring Tool

4  Staffing Plan

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| **Administration and Management (10 %)** (Addresses facility policy development, internal inspection and reviews, resident records, administration and orientation, personal property and monies, release and accommodations for the disabled) | ICE DRO Residential Management Standard (INSERT URL HERE) <br><br> Accommodations for the Disabled, 4-ALDF-6B-04, 4-ALDF-6B-07 <br><br> Contractor Quality Control/ Assurance Program (Contract) 4-ALDF-7D-02 <br><br> Admission and Release/Orientation (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/admiss.pdf) <br><br> Detainee Records/ Detention Files (ICE Standard) ((http://www.ice.gov/do clib/partners/dro/opsma nual/DententFiles.pdf) <br><br> Detainee Handbook (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/handbk.pdf) <br><br> Internal Inspections and/or Reviews/ Detention Management & Control Program (ICE Standard) <br><br> Funds & Personal Property (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/fundprop.pdf) | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DCMP) procedures and based upon the performance standard <br> • Periodic reviews in accordance with the contract performance monitoring tool (see attached) <br> • Monthly review of corrective action plan results. <br> • Ad-hoc reviews as needed <br> • Review of service provider's quality control program monitoring reports <br> • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A rating of Deficient on any three of the standards will result in a 10% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. <br><br> A rating of At-Risk on any of the standards will result in a 10% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. |

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| | Policy Development and Monitoring 4-ALDF-7D-06 | | | | |
| **Health Care (15%)** (Addresses overall access to routine, chronic health care, mental health, emergency health , pharmaceuticals, and dental services provided by the institution | ICE DRO Residential Management Standard (INSERT URL HERE) | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DCMP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results. • Ad-hoc reviews as needed • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A rating of Deficient on any two of the standards will result in a 15% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. A rating of At-Risk on any of the standards will result in a 15% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. |
| | Communicable Disease 4-ALDF-4C-14 | | | | |
| | Detainee Hunger Strikes (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/hunger.pdf) | | | | |
| | Experimental Research 4-ALDF-4D-18 | | | | |
| | Medical, Dental, and Mental Health Appraisals/Medical Care (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/medical.pdf) | | | | |
| | Suicide Prevention (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/suciprev.pdf) | | | | |
| | Terminal Illness, Advanced Directives and Death (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/terminal.pdf) | | | | |

**Berks 02724**

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| **Security and Control (25%)** (Addresses post orders, permanent logs, security features, security inspections, control of contraband, resident searches, resident accountability, use of force, non-routine use of restraints, tool and equipment control, resident discipline, supervision for special housing, contingency and emergency plans.) | Detainee Searches 4-ALDF-2C-01-06 Detainee Accountability & Supervision / Population Counts (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/popula.pdf) Use of Force (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/useoffor.pdf) Detainee Transfers (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/detTransStdfinal.pdf ) Tool and Equipment Control (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/toolcnt.pdf) Weapon Control 4-ALDF-2B-04, 4-ALDF-2B-08, 4-ALDF-7B-14 Detainee Discipline (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/discip.pdf) Special Management Unit- Administrative Segregation (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/smu_adm.pdf) | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR • Annual review of facility using Detention Management Control Program (DCMP) procedures and based upon the performance standard • Periodic reviews in accordance with the contract performance monitoring tool (see attached) | • Monthly review of corrective action plan results. • Ad-hoc reviews as needed • CDRs • Review of service provider's quality control program monitoring reports and output data | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) A rating of Deficient on any three of the standards will result in a 25% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. | A rating of Deficient on any two of the standards will result in a 15% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. A rating of At-Risk on any of the standards will result in a 25% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. |

**Berks 02725**

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| | Special Management Unit-Disciplinary Segregation (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/smu_dis.pdf) Contingency/Emergenc y Plan (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/emeege.pdf) Hold Rooms in Detention Facilities (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/holdrm.pdf) Control of Contraband (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/contra.pdf) Post Orders (ICE Standard)(http://www.ic e.gov/doclib/partners/dr o/opsmanual/postord.pd f) Permanent Logs 4-ALDF-2A-11 Security Features (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/keylock.pdf) Security Inspections and/or Reviews (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/secuinsp.pdf) Sexual Assault 4-ALDF-4D-22-8 | | | | |

**Berks 02726**

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| | Transportation (Land Transportation) (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/transp.pdf) Weapons Control 4-ALDF-2B-04, 4-ALDF-2B-08, 4-ALDF-7B-14 | | | | |
| **Food Service (10%)** (Addresses basic sanitation and adequacy of varied meals and special diets provided to residents) | ICE DRO Residential Management Standard (INSERT URL HERE) Environmental Health & Safety (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/environ.pdf) Food Service Standards (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/FoodService.pdf) | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DCMP) procedures and based upon the performance standard • Periodic review in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results. • Ad-hoc reviews as needed • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A rating of Deficient on any of the standards will result in a 10% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. A rating of At-Risk on any of the standards will result in a 10% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. |

**Berks 02727**

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| **Staff and Resident Communications and Information Dissemination (2.5%)** (Addresses methods of communicating with residents, detention/correctional staff training in diversity, and the resident grievance process) | Detainee Grievances (ICE Standard) (http://www.ice.gov/doclib/partners/dro/opsmanual/griev.pdf)  Diversity Training 4-ALDF-6A-08, 4-ALDF-7B-10  Staff Detainee Communication (ICE Standard) (http://www.ice.gov/doclib/partners/dro/opsmanual/Staff.Detainee.Communication.pdf) | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DCMP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results. • Ad-hoc reviews as needed • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A rating of Deficient on any two of the standards will result in a 2.5% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established.  A rating of At-Risk on any of the standards will result in a 2.5% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. |
| **Safety and Sanitation (10%)** (Addresses the adequacy of fire safety programs, the control of dangerous materials, the general facility environment (including air quality, noise levels, and sanitation and hygiene programs), the adequacy of clothing and bedding, and from infectious diseases) | Environmental Health & Safety (ICE Standard) (http://www.ice.gov/partners/dro/opsmanual/envirom.pdf) Clothing and Bedding (ICE Standard) (http://www.ice.gov/doclib/partners/dro/opsmanual/cloth.pdf) | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DCMP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results. • Ad-hoc reviews as needed • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A rating of Deficient on any two of the standards will result in a 10% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established.  A rating of At-Risk on any of the standards will result in a 10% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. |

**Berks 02728**

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| **Services and Programs (5%)** (Addresses resident security classification, religious practices, work assignments, availability of exercise programs, access to legal materials, access to legal representation, access to a telephone, the handling of resident mail and other correspondence, and visitation privileges) | ICE DRO Residential Management Standard (INSERT URL HERE) Access to Legal Material (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/legal.pdf) Classification, Review, and Housing (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/classif.pdf) Detainee Mail & Correspondence (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/corresp.pdf) Group Legal Representation (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/grplegal.pdf) Marriage Requests (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/marreq.pdf) Non-Medical Emergency Escorted Trips (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/escort.pdf) Recreation (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/recreat.pdf) | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DCMP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached performance monitoring tool • Monthly review of corrective action plan results. • Ad-hoc reviews as needed • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (See Section 6 of the QASP) | A rating of Deficient on any two of the standards will result in a 10% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. A rating of At-Risk on any of the standards will result in a 10% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. |

**Berks 02729**

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| | Religious Practices (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/cloth.pdf) Telephone Access (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/teleacc.pdf) Voluntary Work Program (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/work.pdf) Visitation Privileges (ICE Standard) (http://www.ice.gov/doc lib/partners/dro/opsman ual/visit.pdf) | | | | |

**Berks 02730**

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| **Juvenile Education (15%)** (Addresses the adequacy of the juvenile education program, student-teacher ratio, curricula, and compliance with Federal, state and county education requirements) | ICE DRO Residential Management Standard <mark>INSERT URL HERE</mark>) | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Weekly review of classroom set-up, facilities, testing, materials and lesson plans. • Weekly review of lesson subjects per grade level, scheduling by student for age and grade appropriateness, and full subject coverage, as prescribed by Federal, state and county education standards. Includes Department of Education benchmarks. • Periodic review of teachers' ESL certifications and credentials. • Periodic reviews of referrals for counseling and special education services. • State and county assessment reports. • Ad-hoc reviews as needed • CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (See Section 6 of the QASP) | A rating of Deficient on any two of the standards will result in a 2.5% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. A rating of At-Risk on any of the standards will result in a 2.5% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established |
| **Workforce Integrity (10%)** (Addresses the adequacy of the detention/correctional officer hiring process, staff training and licensing/ certification and adequacy of systems to report and address staff misconduct) | Staff Background and Reference Checks (Contract) 4-ALDF-7B-03 Staff Misconduct 4-ALDF-7B-01 Staffing Pattern Compliance within 10% of required (Contract) 4-ALDF-2A-14 | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DCMP) procedures and based upon the performance standard • Periodic reviews in accordance with the attached contract performance monitoring tool • Monthly review of corrective action plan results. | Performance fully complies with all elements of standard at a level no less than acceptable (See Section 6 of the QASP) | A rating of Deficient on any three of the standards will result in a 15% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. A rating of At-Risk on any of the standards will result in a 15% withholding in the |

**Berks 02731**

| | Staff Training, Licensing, and Credentialing (Contract) 4-ALDF-4D-05, 4-ALDF-7B-05, 4-ALDF-7B-08 | | • Ad-hoc reviews as needed<br>• CDRs | | monthly invoiced per-diem day rate until compliance with the standard is established. |
|---|---|---|---|---|---|

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD | PERFORMANCE MEASURE | METHOD OF SURVEILLANCE | ACCEPTABLE QUALITY LEVEL | WITHHOLDING CRITERIA |
|---|---|---|---|---|---|
| **Discrimination Prevention (2.5%)** (Addresses the adequacy of policies and procedures to prevent discrimination against residents based on their gender, race, religion, national origin, or disability) | Discrimination Prevention 4-ALDF-6B-02-03 | Performance measures are reflected in the monitoring instrument that accompanies each standard or in the supplemental performance monitoring tool issued by the COTR | • Annual review of facility using Detention Management Control Program (DCMP) procedures and based upon the performance standard<br>• Periodic reviews in accordance with the attached performance monitoring tool (see attached)<br>• Monthly review of corrective action plan results.<br>• Ad-hoc reviews as needed<br>• CDRs | Performance fully complies with all elements of standard at a level no less than acceptable (see Section 6 of the QASP) | A rating of Deficient on the standards will result in a 2.5% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established.<br><br>A rating of At-Risk on any of the standards will result in a 2.5% withholding in the monthly invoiced per-diem day rate until compliance with the standard is established. |

## CONTRACT DISCREPANCY REPORT

| **CONTRACT DISCREPANCY REPORT** | 1. CONTRACT NUMBER |
|---|---|
| **Report Number:** | **Date:** |

| 2. TO: (Contractor and Manager Name) | 3. FROM: (Name of COTR) |
|---|---|
| | |

### DATES

| CONTRACTOR NOTIFICATION | CONTRACTOR RESPONSE DUE BY | RETURNED BY CONTRACTOR | ACTION COMPLETE |
|---|---|---|---|
| | | | |

4. DISCREPANCY OR PROBLEM *(Describe in Detail: Include reference in PWS / Directive: Attach continuation sheet if necessary.)*

5. SIGNATURE OF CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR)

| 6. TO: (*COTR*) | 7. FROM: (*Contractor*) |
|---|---|
| | |

8. CONTRACTOR RESPONSE AS TO CAUSE, CORRECTIVE ACTION AND ACTIONS TO PREVENT RECURRENCE. ATTACH CONTINUATION SHEET IF NECESSARY. *(Cite applicable Q.A. program procedures or new A.W. procedures.)*

| 9. SIGNATURE OF CONTRACTOR REPRESENTATIVE | 10. DATE |
|---|---|
| | |

11. GOVERNMENT EVALUATION OF CONTRACTOR RESPONSE/RESOLUTION PLAN: *(Acceptable response/plan, partial acceptance of response/plan, rejection: attach continuation sheet if necessary)*

12. GOVERNMENT ACTIONS *(Payment withholding, cure notice, show cause, other.)*

### CLOSE OUT

| | NAME AND TITLE | SIGNATURE | DATE |
|---|---|---|---|
| CONTRACTOR NOTIFIED | | | |
| COTR | | | |
| CONTRACTING OFFICER | | | |



# Detention and Removal Operations

### Performance Monitoring Tool

**Facility Name: _____ _ Month/Year: _____**

| Frequency | | | | | DETENTION STANDARD | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| D | W | M | Q | | | | | |
| | | | | | **1. Admission and Release** | | | |
| | | ■ | | A. | ICE information is available for initial classification | | | |
| | | ■ | | B. | Medical screening taking place within timeframes | | | |
| | | ■ | | C. | Inventory resident personal effects | | | |
| | | ■ | | D. | Resident funds accountability in place for admin/release | | | |
| | | ■ | | E. | All visual searches documented and are not routine in procedure | | | |
| | | ■ | | F. | Appropriate clothing and bedding issued | | | |
| | | ■ | | G. | Orientation material in English, Spanish or most prevalent second language | | | |
| | | | | | **2. Resident Classification System** | | | |
| | | ■ | | A. | All residents classified appropriately upon arrival | | | |
| | | ■ | | B. | Reassessment and reclassification process in place | | | |
| | | ■ | | C. | Housing assignments are based upon classification | | | |
| | | ■ | | D. | Work assignments are based upon classification system | | | |
| | | ■ | | E. | Residents are assigned color coded uniforms/wrist bands to reflect classification level | | | |
| | | | | | **3. Contraband** | | | |
| | | | ■ | A. | Policy in place for handling contraband | | | |
| ■ | | | | B. | Contraband disposed of properly and documented | | | |
| ■ | | | | C. | Facility staff make a concerted effort to control contraband | | | |

*1*

| D | W | M | Q | | DETENTION STANDARD | Rating A/D/R | Corrective Action Required/ Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | **4. Correspondence and Other Mail** | | | |
| | | ■ | | A. | Incoming mail screened and delivered daily | | | |
| | | ■ | | B. | Outgoing mail screened for contraband | | | |
| | | ■ | | C. | Legal mail opened in front of resident | | | |
| | | ■ | | D. | Incoming funds processed properly | | | |
| | ■ | | | E. | Rules for correspondence and other mail posted in housing unit or common areas, and resident handbook | | | |
| | | ■ | | F. | Facility has a system for residents to purchase stamps | | | |
| | | ■ | | G. | SMU has same correspondence privileges as general population | | | |
| | | | | | **5. Resident Handbook** | | | |
| | | ■ | | A. | Staff aware of handbook contents and follow procedures | | | |
| | | ■ | | B. | Available in both English and Spanish and/or second most prevalent language | | | |
| | | | ■ | C. | Handbook is updated as necessary | | | |
| | | ■ | | D. | Orientation material available to illiterate residents | | | |
| | | | | | **6. Detention Files** | | | |
| | | ■ | | A. | Detention file created for each new arrival | | | |
| | | ■ | | B. | Detention files contain documents generated during custody | | | |
| | | ■ | | C. | Detention files maintained in a secure area | | | |
| | | | | | **7. Disciplinary Policy** | | | |
| | | ■ | | A. | Rules of conduct/sanctions provided in writing | | | |
| | | ■ | | B. | Incident reports investigated within 24 hours | | | |
| | | ■ | | C. | Disciplinary panel adjudicate infractions | | | |
| | | ■ | | D. | Disciplinary sanctions are in accordance with standards | | | |
| | | ■ | | E. | Staff representation available | | | |

2

**Berks 02736**

| D | W | M | Q | | DETENTION STANDARD | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | **8. Emergency Plans** | | | |
| | ■ | | | A. | Staff trained | | | |
| | | | ■ | B. | Written plans | | | |
| | | | ■ | C. | Evacuation routes primary and secondary | | | |
| | | | ■ | D. | A complete set of emergency plans is available | | | |
| | | | ■ | E. | Staff work stoppage plan is available | | | |
| | | | | | **9. Environmental Health and Safety** | | | |
| | | ■ | | A. | System for storing/issuing/maintaining hazardous materials | | | |
| | | ■ | | B. | Complete inventories of hazardous materials maintained | | | |
| | | ■ | | C. | A complete list of MSDS readily accessible to staff and residents | | | |
| | | ■ | | D. | Fire prevention/control/evacuation plan | | | |
| | | ■ | | E. | Conduct fire/evacuation drills according to schedule/standard | | | |
| | | | ■ | F. | Staff trained to prevent contact with blood and bodily fluids | | | |
| | | ■ | | G. | Emergency generators are tested bi-weekly | | | |
| | | ■ | | H. | Every employee and resident using flammable, toxic, or caustic materials receives advance training in their use, storage, and disposal | | | |
| | | ■ | | I. | Safety Office (or officer) maintains files of inspection reports; Including corrective actions taken | | | |
| ■ | | | | J. | Facility appears clean and well maintained | | | |
| | | ■ | | K. | All flammable and combustible materials (liquid and aerosol) are stored and used according to label recommendations | | | |

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | **10. Non-Medical Emergency Escorted Trips** | | | |
| | | | ■ | A. | The Field Office Director considers and approves, on a case-by-case basis, trips to visit an immediate family member in accordance with standards | | | |
| | | | | | **11. Security Inspections** | | | |
| | | ■ | | A. | Staff are required to conduct security check of assigned areas | | | |
| | | | ■ | B. | All visitors officially recorded in a visitor log book | | | |
| ■ | | | | C. | Front entrance staff inspect ID of everyone entering/exiting | | | |
| | | | ■ | D. | Maintain a log of all incoming and departing vehicles | | | |
| | | ■ | | E. | Housing unit searches occur at irregular times | | | |
| | | | ■ | F. | Area searches documented in log book | | | |
| | | | ■ | G. | Daily/Monthly fence checks completed and logged | | | |
| | ■ | | | H. | Facility administrator or designee and department heads visit housing units and activity areas weekly | | | |
| | | | ■ | I. | Officers monitor all vehicular traffic entering and leaving the facility | | | |
| | | ■ | | J. | The facility has a written policy and procedures to prevent the introduction of contraband into the facility or any of its components | | | |
| | | | ■ | K. | Security officer posts located in or immediately adjacent to resident living areas to permit officers to see or hear and respond promptly to emergency situations. Personal contact and interaction between staff and residents is required and facilitated | | | |
| | | | ■ | L. | Daily procedures include: perimeter alarm system tests; physical checks of the perimeter fence; documenting the results | | | |

4

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required/ Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | M. | Tools being taken into the secure area of the facility are inspected and inventoried | | | |
| | | | | | **12. Food Service** | | | |
| | | | A. | | Appropriate security measures for sharps are in place | | | |
| | | | | B. | Appropriate food temperatures are maintained for both hot and cold food | | | |
| | | | | C. | Food Service department maintained at a high level of sanitation | | | |
| | | | | D. | Residents receive safety and appropriate equipment training prior to beginning work in department | | | |
| | | | | E. | A minimum of two hot meals served daily | | | |
| | | | | F. | Facility has a standard 35 day cycle menu | | | |
| | | | | G. | A registered dietician conducts nutritional analysis | | | |
| | | | | H. | All menu changes documented | | | |
| | | | | I. | Common fare menu for authorized residents | | | |
| | | | | J. | Weekly inspections conducted and documented | | | |
| | | | | | **13. Funds and Personal Property** | | | |
| | | | | A. | Inventory personal property/funds is maintained | | | |
| | | | | B. | Funds/valuables documented on receipt | | | |
| | | | | C. | Residents property searched for contraband | | | |
| | | | | D. | Staff forward arriving residents medication to medical staff | | | |
| | | | | E. | Resident funds are deposited into the cash box | | | |
| | | | | F. | Staff secure every container used to store property with a tamper-proof numbered strap | | | |
| | | | | G. | Quarterly audits of resident baggage & luggage are conducted, verified, and logged | | | |

| D | W | M | Q | | DETENTION STANDARDS | RATING A/D/R | Corrective Action Required/ Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | **14. Resident Grievance Procedures** | | | |
| | | | | A. | Grievance procedures in place | | | |
| | | | | B. | Staff awareness of procedures for emergency grievances | | | |
| | | | | C. | Grievance log is utilized | | | |
| | | | | D. | Staff forward any grievances alleging staff misconduct to ICE | | | |
| | | | | E. | Informal resolution to a resident grievance documented in detention file | | | |
| | | | | | **15. Hold Rooms in Detention Facilities** | | | |
| | | | | A. | Residents are not held in hold rooms longer than 12 hours | | | |
| | | | | B. | All residents pat searched prior to placement in hold room | | | |
| | | | | C. | Maintain detention log for each resident in hold room | | | |
| | | | | D. | Written evacuation plan posted for each hold room | | | |
| | | | | E. | Hold rooms contain sufficient seating for the number of residents held | | | |
| | | | | F. | No bunks/cots/beds or other related make shift sleeping apparatuses are permitted inside hold rooms | | | |
| | | | | G. | Male and females are segregated from each other at all times | | | |
| | | | | H. | Residents are provided with basic personal hygiene items such as water, soap, toilet paper, cups for water, feminine hygiene items, diapers and wipes | | | |
| | | | | I. | Officers closely supervise the detention hold rooms. Hold rooms are irregularly monitored every 15 minutes | | | |
| | | | | | **16. Hunger Strikes** | | | |
| | | | | A. | Procedures for referring resident to medical if verbally refused or observed refusing to eat beyond 72 hours | | | |

*6*

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | B. | Staff receive training in identification of hunger strike | | | |
| | | | | C. | Process for determining reason for hunger strike | | | |
| | | | | | **17. Key and Lock Control** | | | |
| | | | | A. | Maintain inventories of all keys/locks/locking devices | | | |
| | | | | B. | Emergency keys are available for all areas of the facility | | | |
| | | | | C. | Chit system used to issue security equip./keys/radios | | | |
| | | | | D. | Policy regarding restricted keys present and followed by staff | | | |
| | | | | E. | Facility has a key accountability policy and procedures to ensure key accountability. The keys are physically counted daily | | | |
| | | | | F. | Locks and locking devices are continually inspected, maintained, and inventoried | | | |
| | | | | | **18. Access to Legal Material** | | | |
| | | | | A. | Adequate equipment is available for residents | | | |
| | | | | B. | Legal materials/law library current and available for residents | | | |
| | | | | C. | Resident access provided to include SMU | | | |
| | | | | D. | Denials documented | | | |
| | | | | E. | Schedule for use implemented 5 hours weekly per resident | | | |
| | | | | F. | Access to legal material within 24 hours of written request | | | |
| | | | | G. | Indigent residents provided free stamps/envelopes for legal matters | | | |
| | | | | | 19. Group Presentations on Legal Rights | | | |
| | | | | H. | ICE/DRO approved videos played for all incoming residents | | | |
| | | | | I. | Posters announcing presentation appear in common areas at least 48 hours prior to presentation | | | |

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | J. | Residents in SMU receive separate presentation | | | |
| | | | | K. | Facility ensures adequate presentations so all residents wanting to attend have the opportunity | | | |
| | | | | | **20. Marriage Requests** | | | |
| | | | | A. | Marriage written requests approved by FOD | | | |
| | | | | | **21. Medical Care** | | | |
| | | | | A. | Intake process includes medical and mental health screening | | | |
| | | | | B. | Sick call procedures established | | | |
| | | | | C. | Adequate medical staff available proportionate to population | | | |
| | | | | D. | Pharmaceuticals stored in a secure area | | | |
| | | | | E. | All residents receive physical examination/assessment within 14 days of arrival | | | |
| | | | | F. | Sick call slips available in English, Spanish and/or most prevalent second language | | | |
| | | | | G. | The facility has a written plan for 24 hour emergency health care when no medical staff are on-duty or when immediate outside medical attention is required | | | |
| | | | | H. | Medical records are available and transferred with the resident | | | |
| | | | | I. | Records are maintained of medication distribution | | | |
| | | | | J. | All sharps are under strict control and accountability | | | |
| | | | | K. | A sharps container is used to dispose of used sharps | | | |
| | | | | L. | The medical department is maintained at a high level of sanitation | | | |

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | **22. Issuance and Exchange of Clothing, Bedding, and Towels** | | |
| | | | | A. | Clothing provided upon intake and exchanged weekly | | |
| | | | | B. | Sheets and towels exchanged weekly | | |
| | | | | C. | Climate appropriate clothing issued and maintained in good repair | | |
| | | | | D. | Facility provides and replenishes personal hygiene items as needed, at no cost to resident | | |
| | | | | E. | Showers operate between 100 degrees and 120 degrees | | |
| | | | | F. | Showers meet ADA standards and requirements | | |
| | | | | G. | Food Service resident volunteers exchange garments daily | | |
| | | | | | **23. Population Counts** | | |
| | | | | A. | Staff conduct formal count at least once per 8 hour shift/ 3x per day | | |
| | | | | B. | At least two officers participate in count for each area | | |
| | | | | C. | Recount conducted when incorrect count is reported | | |
| | | | | D. | Face to photo count conducted as necessary | | |
| | | | | E. | Each resident positively identified during count | | |
| | | | | | **24. Post Orders** | | |
| | | | | A. | Every post has a post order, current & signed by the facility administrator | | |
| | | | | B. | Housing unit officers record all resident activity in a log | | |
| | | | | C. | Supervisor visits each housing area once per shift | | |
| | | | | D. | Staff sign post orders, regardless of whether the assignment is temporary, permanent, or due to an emergency | | |
| | | | | E. | Anyone assigned to an armed post qualifies with the post weapons before assuming post duty | | |

*9*

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | **25. Recreation** | | | |
| | | | | A. | Outdoor/indoor recreation is provided | | | |
| | | | | B. | Access to recreation activities 1 hour x 5 days | | | |
| | | | | C. | Staff conduct daily searches of recreation areas | | | |
| | | | | D. | In unit sedentary activities are available | | | |
| | | | | | **26. Religious Practices** | | | |
| | | | | A. | Residents are allowed to engage in religious services | | | |
| | | | | B. | Authorized religious items are allowed in resident possession | | | |
| | | | | | **27. Special Management Unit (Administrative Segregation)** | | | |
| | | | | A. | Written order accompany resident placed in SMU | | | |
| | | | | B. | SMU reviews are conducted in a timely manner (3,7,14,30,60) | | | |
| | | | | C. | Residents in SMU have access to legal materials | | | |
| | | | | D. | Residents in SMU retain visiting privileges | | | |
| | | | | E. | Maintain a permanent log regarding resident related activities | | | |
| | | | | F. | SMU phone access same as general pop unless exception is made | | | |
| | | | | G. | Residents in SMUs may shave and shower three times weekly and receive other basic services (laundry, hair care, barbering, clothing, bedding, linen) on the same basis as the general population | | | |
| | | | | H. | The facility administrator (or designee) visits each SMU daily | | | |
| | | | | I. | A health care provider visits every resident in a SMU at least 3x week, and residents are provided any medications prescribed for them | | | |

*10*

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | J. | Residents in the SMU are offered at least one hour of recreation per day, scheduled at a reasonable time, at least five days per week.  Where cover is not provided to mitigate inclement weather, residents are provided weather-appropriate equipment and attire | | | |
| | | | | K. | When a resident has been held in Admin Segregation for more than 30 days, the facility administrator notifies the Field Office Director, who notifies the ICE/DRO Deputy Assistant Director, Detention Management Division | | | |
| | | | | | **28. Special Management Unit (Disciplinary Segregation)** | | | |
| | | | | A. | Written order accompany resident  placed in SMU | | | |
| | | | | B. | SMU reviews are conducted in a timely manner (3,7,14,30,60) | | | |
| | | | | C. | Admin SMU residents enjoy same privileges as gen pop | | | |
| | | | | D. | Residents in SMU have access to legal materials | | | |
| | | | | E. | Residents in SMU retain visiting privileges | | | |
| | | | | F. | Maintain a permanent log regarding resident related activities | | | |
| | | | | G. | Written order accompany resident placed in disciplinary SMU | | | |
| | | | | H. | Residents in disciplinary SMU have access to legal materials | | | |
| | | | | I. | Residents in disciplinary SMU retain visiting privileges | | | |
| | | | | J. | Disciplinary SMU phone access limited to legal/consular calls | | | |
| | | | | K. | Residents in SMUs may shave and shower three times weekly and receive other basic services (laundry, hair care, barbering, clothing, bedding, linen) on the same basis as the general population | | | |

11

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | L. | The facility administrator (or designee) visits each SMU daily | | | |
| | | | | M. | A health care provider visits every resident in a SMU at least 3x week, and residents are provided any medications prescribed for them | | | |
| | | | | N. | Residents in the SMU are offered at least one hour of recreation per day, scheduled at a reasonable time, at least five days per week. Where cover is not provided to mitigate inclement weather, residents are provided weather-appropriate equipment and attire | | | |
| | | | | | **29. Staff-Resident Communication** | | | |
| | | | | A. | Housing unit rounds conducted daily by security staff | | | |
| | | | | B. | Housing unit rounds conducted daily by Deportation Staff | | | |
| | | | | C. | Resident requests answered within 72 hours | | | |
| | | | | D. | ICE SDC visit schedules are posted in housing unit | | | |
| | | | | E. | Request forms are available to residents | | | |
| | | | | F. | There is a secure box available for residents to place requests in for ICE staff that is checked on a daily basis | | | |
| | | | | G. | Unannounced ICE staff housing unit visits occur weekly | | | |
| | | | | H. | Visiting staff observe, document and communicate current climate and conditions of confinement | | | |
| | | | | | **30. Suicide Prevention and Intervention** | | | |
| | | | | A. | The facility has a written suicide prevention and intervention program approved and signed by the health authority and facility administrator which is reviewed annually | | | |
| | | | | B. | Every new staff member receives suicide-prevention training. Suicide-prevention training occurs during the employee orientation program and annually thereafter | | | |
| | | | | C. | The facility has a designated and approved isolation room for evaluation and treatment | | | |

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | D. | Staff observes and documents the status of a suicide-watch resident at least once every 15 minutes | | | |
| | | | | | **31. Telephone Access** | | | |
| | | | | A. | Upon intake, residents are made aware of phone policies | | | |
| | | | | B. | Out of order phones reported to service provider | | | |
| | | | | C. | Telephones inspected regularly by staff | | | |
| | | | | D. | Telephone access rules posted in each housing unit | | | |
| | | | | E. | The number for the ICE OIG is posted in housing units | | | |
| | | | | F. | The pro bono list is posted in housing units | | | |
| | | | | G. | Emergency phone call messages delivered to residents | | | |
| | | | | H. | Special access calls are available to residents | | | |
| | | | | I. | Notification of telephone monitoring posted by unit phones | | | |
| | | | | | **32. Terminal Illness, Advanced Directives, and Death** | | | |
| | | | | A. | Residents who are chronically or terminally ill are transferred to an appropriate off-site facility | | | |
| | | | | B. | The facility has written plans for addressing organ donations | | | |
| | | | | C. | There is a policy addressing Do Not Resuscitate Orders | | | |
| | | | | D. | The facility has written procedures detailing the proper notifications | | | |
| | | | | | **33. Tool Control** | | | |
| | | | | A. | Tool inventories conducted as specified | | | |
| | | | | B. | Tools marked and readily identifiable | | | |
| | | | | C. | Procedures for issuance of tools to staff and residents | | | |
| | | | | D. | Inventory made of all tools by contractors prior to enter and exit | | | |

*13*

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | E. | There is an individual who is responsible for developing a tool control procedure and an inspection system to ensure accountability | | | |
| | | | | F. | A metal or plastic chit is taken in exchange for all tools issued, and when a tool is issued from a shadow board the receipt chit shall be visible on the shadow board | | | |
| | | | | G. | Broken or worn out tools are surveyed and disposed of in an appropriate and secure manner | | | |
| | | | | H. | Department heads are responsible for implementing proper tool control procedures as described in the standard | | | |
| | | | | | **34. Resident Transfer** | | | |
| | | | | A. | Resident provided with resident transfer notification form | | | |
| | | | | B. | Health records/transfer summary accompany resident | | | |
| | | | | C. | Funds and personal property accompany resident | | | |
| | | | | D. | A-File/work folder accompany resident | | | |
| | | | | | **35. Transportation (Land Transportation)** | | | |
| | | | | A. | Documentation indicating safety repairs are completed immediately and vehicles are not used until they have been repaired and inspected, is available for review | | | |
| | | | | B. | Officers use a checklist during every vehicle inspection | | | |
| | | | | C. | Transporting officers limit driving time to 10 hours in any 15 hour period when transporting residents | | | |
| | | | | D. | Two officers with valid Commercial Drivers Licenses, (CDL's) required in any bus transporting residents | | | |
| | | | | E. | Policies and procedures are in place addressing the use of restraining equipment on transportation vehicles | | | |

14

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | F. | Vehicles have 2 way radios, cellular telephones, equipment boxes in accordance with the Use of Force standard | | | |
| | | | | G. | Vehicles have written contingency plans on board | | | |
| | | | | | **36. Use of Force** | | | |
| | | | | A. | Policy governing immediate/calculated use of force | | | |
| | | | | B. | All use of force incidents documented and reviewed | | | |
| | | | | C. | Video tapes of incidents preserved/catalogued for 2 1/2 yrs | | | |
| | | | | D. | Resident is seen by medical immediately after incident | | | |
| | | | | E. | Facility subscribes to prescribed confrontation avoidance procedures | | | |
| | | | | F. | Staff trained in use of force techniques | | | |
| | | | | G. | Appropriate procedures in place for using 4 point restraints | | | |
| | | | | H. | Medical staff consulted prior to deploying OC spray in calculated use of force situations | | | |
| | | | | I. | All electronic stun devices inventoried and used by facility must be approved by ICE National Firearms and Tactical Training Unit | | | |
| | | | | | **37. Visitation** | | | |
| | | | | A. | Written visitation schedule posted and accessible to the public | | | |
| | | | | B. | General visitation log book maintained | | | |
| | | | | C. | Visitor dress code enforced | | | |
| | | | | D. | Legal visitation available 7 days a week | | | |
| | | | | E. | Facility complies with visitation schedule | | | |
| | | | | F. | Visitors are searched and identified per standards | | | |
| | | | | G. | Current list of Pro Bono services posted in resident housing | | | |

| D | W | M | Q | | DETENTION STANDARDS | Rating A/D/R | Corrective Action Required / Comments | Due Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | **38. Voluntary Work Program** | | | |
| | | | | A. | Facility has a voluntary work program | | | |
| | | | | B. | Maintain a written chart with work assignments/classification level | | | |
| | | | | C. | Facility complies with work hour and pay requirements for residents | | | |
| | | | | D. | Residents are medically screened to participate | | | |
| | | | | E. | Residents receive proper training and safety equipment | | | |
| | | | | F. | Resident housekeeping meets standards for neatness, cleanliness and sanitation | | | |
| | | | | | **39. Juvenile Education** | | | |
| | | | | A. | Classrooms are equipped, including desks, chairs, grade-appropriate text books, activity supplies, chalk boards and audio/visual equipment. | | | |
| | | | | B | Lesson plans are in place and have clearly stated objectives and measures for student performance. | | | |
| | | | | C. | Curricula and materials meet US Dept. of Education, state and county requirements. | | | |
| | | | | D. | At least one hour of daily grade-appropriate instruction is provided in the following core subjects:  Science, Social Studies, Math, Language Arts (Reading/Writing), and Physical Education. | | | |
| | | | | E. | Teacher credentials meet state English as a Second Language (ESL) requirements. | | | |
| | | | | F. | Teachers identify, address and refer counseling and special needs of students. | | | |

| DROIGSA-09-0027 | USDHS/USICE and BERKS COUNTY, PA | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **ATTACHMENT 4 - STAFFING PLAN** | | | | | |
| | | | | | |
| | | | | | |
| **County Position Titles** | 1st shift | 2nd shift | 3rd shift | Relief Fctr | Days Cvrd | Total |
| | | | | | |
| **Administrative Staff** | | | | | |
| Executive Director | 1 | 0 | 0 | 1 | 5 | 1 |
| Deputy Director | 1 | 0 | 0 | 1 | 5 | 1 |
| Program Manager | 1 | 0 | 0 | 1 | 5 | 1 |
| Medical Manager | 1 | 0 | 0 | 1 | 5 | 1 |
| **Direct Care Staff** | | | | | |
| Shift Supervisor | 2 | 2 | 1 | 1.4 | 7 | 7 |
| Recreation Supervisor | 1 | 0 | 0 | 1 | 5 | 1 |
| Caseworker | 3 | 0 | 0 | 1 | 5 | 3 |
| Shelter Care Counselor | 11 | 11 | 4 | 1.4 | 7 | 37 |
| **Program Support Staff** | | | | | |
| Chaplain | 1 | 0 | 0 | 1 | 5 | 1 |
| Teacher | 2 | 0 | 0 | 1 | 5 | 2 |
| Teacher Aide | 3 | 0 | 0 | 1 | 5 | 3 |
| **Office Support Staff** | | | | | |
| Office Manager | 1 | 0 | 0 | 1 | 5 | 1 |
| Fiscal Manager | 1 | 0 | 0 | 1 | 5 | 1 |
| HR Analyst | 1 | 0 | 0 | 1 | 5 | 1 |
| Payroll/Budget Analyst | 1 | 0 | 0 | 1 | 5 | 1 |
| Account Clerk II | 1 | 0 | 0 | 1 | 5 | 1 |
| Office Support IV | 1 | 0 | 0 | 1 | 5 | 1 |
| **Operations Support Staff** | | | | | |
| Operations Manager | 1 | 0 | 0 | 1 | 5 | 1 |
| Training Manager | 1 | 0 | 0 | 1 | 5 | 1 |
| Training Coordinator | 1 | 0 | 0 | 1 | 5 | 1 |
| Maintenance Worker | 2 | 0 | 0 | 1 | 5 | 2 |
| **Food Service Staff** | | | | | |
| Food Service Worker | 2 | 2 | 0 | 1.4 | 7 | 6 |
| Nutrition Coordinator | 1 | 0 | 0 | 1 | 5 | 1 |

**Berks 02751**

**TITLE 29--LABOR**

**PART 4_LABOR STANDARDS FOR FEDERAL SERVICE CONTRACTS--Table of Contents**

Subpart A Service Contract Labor Standards Provisions and Procedures

Sec. 4.6 Labor standards clauses for Federal service contracts exceeding $2,500.

The clauses set forth in the following paragraphs shall be included in full by the contracting agency in every contract/Inter-Governmental Service Agreement (IGSA) entered into by the United States or the District of Columbia, in excess of $2,500, or in an indefinite amount, the principal purpose of which is to furnish services through the use of service employees:

(a) Service Contract Act of 1965, as amended: This contract/IGSA is subject to the Service Contract Act of 1965 as amended (41 U.S.C. 351 et seq.) and is subject to the following provisions and to all other applicable provisions of the Act and regulations of the Secretary of Labor issued there under (29 CFR part 4).

(b)(1) Each service employee employed in the performance of this Contract/IGSA by the contractor or any subcontractor shall be paid not less than the minimum monetary wages and shall be furnished fringe benefits in accordance with the wages and fringe benefits determined by the Secretary of Labor or authorized representative, as specified in any wage determination attached to this contract.

(2)(i) If there is such a wage determination attached to this Contract/IGSA, the contracting officer shall require that any class of service employee which is not listed therein and which is to be employed under the Contract/IGSA (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed class of employees shall be paid the monetary wages and furnished the fringe benefits as are determined pursuant to the procedures in this section.

(ii)Such conforming procedure shall be initiated by the contractor prior to the performance of contract/IGSA work by such unlisted class of employee. A written report of the proposed conforming action, including information regarding the agreement or disagreement of the authorized representative of the employees involved or, where there is no authorized representative, the employees themselves, shall be submitted by the contractor to the contracting officer no later than 30 days after such unlisted class of employees performs any Contract/IGSA work. The contracting officer shall review the proposed action and promptly submit a report of the action, together with the agency's recommendation and all pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. The Wage and Hour Division will approve, modify, or disapprove the action or render a final determination in the event of disagreement

within 30 days of receipt or will notify the contracting officer within 30 days of receipt that additional time is necessary.

(iii) The final determination of the conformance action by the Wage and Hour Division shall be transmitted to the contracting officer who shall promptly notify the contractor of the action taken. Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination.

(iv)(A) The process of establishing wage and fringe benefit rates that bears a reasonable relationship to those listed in a wage determination cannot be [[Page 41]] reduced to any single formula. The approach used may vary from wage determination to wage determination depending on the circumstances. Standard wage and salary administration practices, which rank various job classifications by pay grade pursuant to point schemes or other job factors may, for example, be relied upon. Guidance may also be obtained from the way different jobs are rated under Federal pay systems (Federal Wage Board Pay System and the General Schedule) or from other wage determinations issued in the same locality. Basic to the establishment of any conformable wage rate(s) is the concept that a pay relationship should be maintained between job classifications based on the skill required and the duties performed.

(B) In the case of a Contract/IGSA modification, an exercise of an option or extension of an existing contract, or in any other case where a contractor succeeds a Contract/IGSA under which the classification in question was previously conformed pursuant to this section, a new conformed wage rate and fringe benefits may be assigned to such conformed classification by indexing (i.e., adjusting) the previous conformed rate and fringe benefits by an amount equal to the average (mean) percentage increase (or decrease, where appropriate) between the wages and fringe benefits specified for all classifications to be used on the Contract/IGSA which are listed in the current wage determination, and those specified for the corresponding classifications in the previously applicable wage determination. Where conforming actions are accomplished in accordance with this paragraph prior to the performance of Contract/IGSA work by the unlisted class of employees, the contractor shall advise the contracting officer of the action taken but the other procedures in paragraph (b) (2) (ii) of this section need not be followed.

(C) No employee engaged in performing work on this Contract/IGSA shall in any event be paid less than the currently applicable minimum wage specified under section 6(a) (1) of the Fair Labor Standards Act of 1938, as amended. (v) The wage rate and fringe benefits finally determined pursuant to paragraphs (b)(2)(i) and (ii) of this section shall be paid to all employees performing in the classification from the first day on which Contract/IGSA work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or finally determined by the Wage and Hour Division retroactive to the date such class of employees commenced Contract/IGSA work shall be a violation of the Act and this contract.(vi) Upon discovery of failure to comply with paragraphs (b)(2)(i) through (v) of this section, the Wage and Hour Division shall make a final determination of conformed classification, wage rate,

and/or fringe benefits which shall be retroactive to the date such
class of employees commenced Contract/IGSA work.

(3) If, as authorized pursuant to section 4(d) of the Service Contract
Act of 1965 as amended, the term of this Contract/IGSA is more than 1
year, the minimum monetary wages and fringe benefits required to be
paid or furnished there under to service employees shall be subject to
adjustment after 1 year and not less often than once every 2 years,
pursuant to wage determinations to be issued by the Wage and Hour
Division, Employment Standards Administration of the Department of
Labor as provided in such Act.

(c) The contractor or subcontractor may discharge the obligation to
furnish fringe benefits specified in the attachment or determined
conformably thereto by furnishing any equivalent combinations of bona
fide fringe benefits, or by making equivalent or differential payments
in cash in accordance with the applicable rules set forth in subpart D
of 29 CFR part 4, and not otherwise.

(d)(1) In the absence of a minimum wage attachment for this contract,
neither the contractor nor any subcontractor under this Contract/IGSA
shall pay any person performing work under the Contract/IGSA
(regardless of whether they are service employees) less than the
minimum wage specified by section 6(a)(1) of the Fair Labor Standards
Act of 1938. Nothing in this provision shall relieve the contractor or
any subcontractor of any other obligation under [[Page 42]] law or
Contract/IGSA for the payment of a higher wage to any employee.

(2) If this Contract/IGSA succeeds a contract, subject to the Service
Contract Act of 1965 as amended, under which substantially the same
services were furnished in the same locality and service employees were
paid wages and fringe benefits provided for in a collective bargaining
agreement, in the absence of the minimum wage attachment for this
Contract/IGSA setting forth such collectively bargained wage rates and
fringe benefits, neither the contractor nor any subcontractor under
this Contract/IGSA shall pay any service employee performing any of the
Contract/IGSA work (regardless of whether or not such employee was
employed under the predecessor contract), less than the wages and
fringe benefits provided for in such collective bargaining agreements,
to which such employee would have been entitled if employed under the
predecessor contract, including accrued wages and fringe benefits and
any prospective increases in wages and fringe benefits provided for
under such agreement. No contractor or subcontractor under this
Contract/IGSA may be relieved of the foregoing obligation unless the
limitations of Sec. 4.1b(b) of 29 CFR part 4 apply or unless the
Secretary of Labor or his authorized representative finds, after a
hearing as provided in Sec. 4.10 of 29 CFR part 4 that the wages and/or
fringe benefits provided for in such agreement are substantially at
variance with those which prevail for services of a character similar
in the locality, or determines, as provided in Sec.  4.11 of 29 CFR
part 4, that the collective bargaining agreement applicable to service
employees employed under the predecessor Contract/IGSA was not entered
into as a result of arm's-length negotiations. Where it is found in
accordance with the review procedures provided in 29 CFR 4.10 and/or
4.11 and parts 6 and 8 that some or all of the wages and/or fringe
benefits contained in a predecessor contractor's collective bargaining

**Berks 02754**

agreement are substantially at variance with those which prevail for services of a character similar in the locality, and/or that the collective bargaining agreement applicable to service employees employed under the predecessor Contract/IGSA was not entered into as a result of arm's-length negotiations, the Department will issue a new or revised wage determination setting forth the applicable wage rates and fringe benefits. Such determination shall be made part of the Contract/IGSA or subcontract, in accordance with the decision of the Administrator, the Administrative Law Judge, or the Administrative Review Board, as the case may be, irrespective of whether such issuance occurs prior to or after the award of a Contract/IGSA or subcontract. 53 Comp. Gen. 401 (1973). In the case of a wage determination issued solely as a result of a finding of substantial variance, such determination shall be effective as of the date of the final administrative decision.

(e) The contractor and any subcontractor under this Contract/IGSA shall notify each service employee commencing work on this Contract/IGSA of the minimum monetary wage and any fringe benefits required to be paid pursuant to this contract, or shall post the wage determination attached to this contract. The poster provided by the Department of Labor (Publication WH 1313) shall be posted in a prominent and accessible place at the worksite. Failure to comply with this requirement is a violation of section 2(a) (4) of the Act and of this contract.

(f) The contractor or subcontractor shall not permit any part of the services called for by this Contract/IGSA to be performed in buildings or surroundings or under working conditions provided by or under the control or supervision of the contractor or subcontractor which are unsanitary or hazardous or dangerous to the health or safety of service employees engaged to furnish these services, and the contractor or subcontractor shall comply with the safety and health standards applied under 29 CFR part 1925.

(g)(1) The contractor and each subcontractor performing work subject to the Act shall make and maintain for 3 years from the completion of the work records containing the information specified in paragraphs (g)(1) (i) through (vi) of this section for each employee subject to the Act and shall make them available for inspection [[Page 43]] and transcription by authorized representatives of the Wage and Hour Division, Employment Standards Administration of the U.S. Department of Labor:

(i) Name and address and social security number of each employee.

(ii)The correct work classification or classifications, rate or rates of monetary wages paid and fringe benefits provided, rate or rates of fringe benefit payments in lieu thereof, and total daily and weekly compensation of each employee.

(iii) The number of daily and weekly hours so worked by each employee.

(iv) Any deductions, rebates, or refunds from the total daily or weekly compensation of each employee.

(v) A list of monetary wages and fringe benefits for those classes of
service employees not included in the wage
determination attached to this Contract/IGSA but for which such wage
rates or fringe benefits have been determined by the interested parties
or by the Administrator or authorized representative pursuant to the
labor standards clause in paragraph (b) of this section. A copy of the
report required by the clause in Paragraph (b) (2) (ii) of this section
shall be deemed to be such a list.

(vi) Any list of the predecessor contractor's employees which had been
furnished to the contractor pursuant to Sec. 4.6(l)(2).

(2) The contractor shall also make available a copy of this
Contract/IGSA for inspection or transcription by authorized
representatives of the Wage and Hour Division.

(3) Failure to make and maintain or to make available such records for
inspection and transcription shall be a violation of the regulations
and this contract, and in the case of failure to produce such records,
the contracting officer, upon direction of the Department of Labor and
notification of the contractor, shall take action to cause suspension
of any further payment or advance of funds until such violation ceases.

(4) The contractor shall permit authorized representatives of the Wage
and Hour Division to conduct interviews with employees at the worksite
during normal working hours.

(h) The contractor shall unconditionally pay to each employee subject
to the Act all wages due free and clear and without subsequent
deduction (except as otherwise provided by law or Regulations, 29 CFR
part 4), rebate, or kickback on any account. Such payments shall be
made no later than one pay period following the end of the regular
pay period in which such wages were earned or accrued. A pay period
under this Act may not be of any duration longer than semi-monthly.

(i) The contracting officer shall withhold or cause to be withheld from
the Government prime contractor under this or any other Government
Contract/IGSA with the prime contractor such sums as an appropriate
official of the Department of Labor requests or such sums as the
contracting officer decides may be necessary to pay underpaid employees
employed by the contractor or subcontractor. In the event of failure to
pay any employees subject to the Act all or part of the wages or fringe
benefits due under the Act, the agency may, after authorization or by
direction of the Department of Labor and written notification to the
contractor, take action to cause suspension of any further payment or
advance of funds until such violations have ceased. Additionally, any
failure to comply with the requirements of these clauses relating to
the Service Contract Act of 1965, may be grounds for termination of the
right to proceed with the Contract/IGSA work. In such event, the
Government may enter into other contracts or arrangements for
completion of the work, charging the contractor in default with any
additional cost.

(j) The contractor agrees to insert these clauses in this section
relating to the Service Contract Act of 1965 in all Subcontracts
subject to the Act. The term contractor as used in these clauses in any

subcontract shall be deemed to refer to the subcontractor, except in the term Government prime contractor.

(k)(1) As used in these clauses, the term service employee means any person engaged in the performance of this Contract/IGSA other than any person employed in a bona fide executive, administrative, or professional capacity, as those terms are defined in part 541 of title 29, Code of Federal Regulations, as of July [[Page44)) 30, 1976, and any subsequent revision of those regulations. The term service employee includes all such persons regardless of any contractual relationship that may be alleged to exist between a contractor or subcontractor and such persons.

(2) The following statement is included in contracts pursuant to section 2(a) (5) of the Act and is for informational purposes only:

The following classes of service employees expected to be employed under the Contract/IGSA with the Government would be subject, if employed by the contracting agency, to the provisions of 5 U.S.C. 5341 or 5 U.S.C. 5332 and would, if so employed, be paid not less than the following rates of wages and fringe benefits:

| Employee class | wage-fringe benefit |
|---|---|
| GS-05 | $14.76 (As of Jan 08) |
| GS-07 | $18.29 (As of Jan 08) |

Search current rates at http://www.opm.gov/oca/08tables/

(l)(1)  If wages to be paid or fringe benefits to be furnished any service employees employed by the Government prime contractor or any subcontractor under the Contract/IGSA are provided for in a collective bargaining agreement which is or will be effective during any period in which the Contract/IGSA is being performed, the Government prime contractor shall report such fact to the contracting officer, together with full information as to the application and accrual of such wages and fringe benefits, including any prospective increases, to service employees engaged in work on the contract, and a copy of the collective bargaining agreement. Such report shall be made upon commencing performance of the contract, in the case of collective bargaining agreements effective at such time, and in the case of such agreements or provisions or amendments thereof effective at a later time during the period of Contract/IGSA performance, such agreements shall be reported promptly after negotiation thereof.

(2) Not less than 10 days prior to completion of any Contract/IGSA being performed at a Federal facility where service employees may be retained in the performance of the succeeding Contract/IGSA and subject to a wage determination which contains vacation or other benefit provisions based upon length of service with a contractor (predecessor) or successor (Sec. 4.173 of Regulations, 29 CFR part 4), the incumbent prime contractor shall furnish to the contracting officer a certified list of the names of all service employees on the contractor's or subcontractor's payroll during the last month of Contract/IGSA performance. Such list shall also contain anniversary dates of employment on the Contract/IGSA either with the current or predecessor

contractors of each such service employee. The contracting officer shall turn over such list to the successor contractor at the commencement of the succeeding contract.

(m) Rulings and interpretations of the Service Contract Act of 1965, as amended, are contained in Regulations, 29 CFR part 4.

(n)(1) By entering into this contract, the contractor (and officials thereof) certifies that neither it (nor he or she) nor any person or firm who has a substantial interest in the contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of the sanctions imposed pursuant to section 5 of the Act.

(2) No part of this Contract/IGSA shall be subcontracted to any person or firm ineligible for award of a Government Contract/IGSA pursuant to section 5 of the Act.

(3) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

(o) Notwithstanding any of the clauses in paragraphs (b) through (m) of this section relating to the Service Contract Act of 1965, the following employees may be employed in accordance with the following variations, tolerances, and exemptions, which the Secretary of Labor, pursuant to section 4(b) of the Act prior to its amendment by Public Law 92-473, found to be necessary and proper in the public interest or to avoid serious impairment of the conduct of Government business:

(1)Apprentices, student-learners, and workers whose earning capacity is impaired by age, physical, or mental deficiency or injury may be employed at wages lower than the minimum wages otherwise required by section 2(a) (1) or([Page 45]]

(2)(b)(1) of the Service Contract Act without diminishing any fringe benefits or cash payments in lieu thereof required under section 2(a) (2) of that Act, in accordance with the conditions and procedures prescribed for the employment of apprentices, student-learners, handicapped persons, and handicapped clients of sheltered workshops under section 14 of the Fair Labor Standards Act of 1938, in the regulations issued by the Administrator (29 CFR parts 520, 521, 524, and 525).

(3) The Administrator will issue certificates under the Service Contract Act for the employment of apprentices, student-learners, handicapped persons, or handicapped clients of sheltered workshops not subject to the Fair Labor Standards Act of 1938, or subject to different minimum rates of pay under the two acts, authorizing appropriate rates of minimum wages (but without changing requirements concerning fringe benefits or supplementary cash payments in lieu thereof), applying procedures prescribed by the applicable regulations issued under the Fair Labor Standards Act of 1938 (29 CFR parts 520, 521, 524, and 525).

(4) The Administrator will also withdraw, annul, or cancel such certificates in accordance with the regulations in parts 525 and 528 of title 29 of the Code of Federal Regulations.

(p) Apprentices will be permitted to work at less than the predetermined rate for the work they perform when they are employed and individually registered in a bona fide apprenticeship program registered with a State Apprenticeship Agency which is recognized by the U.S. Department of Labor, or if no such recognized agency exists in a State, under a program registered with the Bureau of Apprenticeship and Training, Employment and Training Administration, U.S. Department of Labor. Any employee who is not registered as an apprentice in an approved program shall be paid the wage rate and fringe benefits contained in the applicable wage determination for the journeyman classification of work actually performed. The wage rates paid apprentices shall not be less than the wage rate for their level of progress set forth in the registered program, expressed as the appropriate percentage of the journeyman's rate contained in the applicable wage determination. The allowable ratio of apprentices to journeymen employed on the Contract/IGSA work in any craft classification shall not be greater than the ratio permitted to the contractor as to his entire work force under the registered program.

(q) Where an employee engaged in an occupation in which he or she customarily and regularly receives more than $30 a month in tips, the amount of tips received by the employee may be credited by the employer against the minimum wage required by Section 2(a)(1) or 2(b)(1) of the Act to the extent permitted by section 3(m) of the Fair Labor Standards Act and Regulations, 29 CFR Part 531. To utilize this provison:

(1)The employer must inform tipped employees about this tip credit allowance before the credit is utilized;

(2)The employees must be allowed to retain all tips (individually or through a pooling arrangement and regardless of whether the employer elects to take a credit for tips received);

(3) The employer must be able to show by records that the employee receives at least the applicable Service Contract Act minimum wage through the combination of direct wages and tip credit;

(4) The use of such tip credit must have been permitted under any predecessor collective bargaining agreement applicable by virtue of section 4(c) of the Act.

(r) Disputes concerning labor standards. Disputes arising out of the labor standards provisions of this Contract/IGSA shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR parts 4, 6, and 8. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.(The information collection, recordkeeping, and reporting requirements contained in this section have been approved by the Office of Management and Budget under the following numbers:
[[Page 46]]
----------------------------------------------------------------------
- Paragraph                                          OMB control number

**Berks 02759**

```
--------------------------------------------------------------------
(b)(2) (i)--(iv)..................................... 1215-0150
(e)................................................. 1215-0150
(g)(1) (i)--(iv)..................................... 1215-0017
(g)(1) (v), (vi).................................... 1215-0150
(l) (1), (2)........................................ 1215-0150
(q)(3).............................................. 1215-0017
--------------------------------------------------------------------
```

[48 FR 49762, Oct. 27, 1983; 48 FR 50529, Nov. 2, 1983, as amended at
61 FR 68663, Dec. 30, 1996]

| REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR EMPLOYMENT STANDARDS ADMINISTRATION WAGE AND HOUR DIVISION WASHINGTON, D.C. 20210 |
|---|---|
| Shirley F. Ebbesen    Division of Wage Director    Determinations | Wage Determination No.: 2007-0549 Revision No.: 2 Date of Last Revision: 03/26/2009 |

State: Pennsylvania

Area: Pennsylvania County of Berks

---

Employed on U.S. Department of Homeland Security contract agreement (IGA) for prisoner detention services between

United States Immigration and Customs Enforcement and Prisoner Operations Division and Berks County Prison, PA.

The wage rates and fringe benefits paid by above company are hereby adopted as prevailing.

NOTE: Under Section 2(b)(1) of the Service Contract Act no employees shall be paid less than the minimum wage specified by Section 6(a)(1) of the Fair Labor Standards Act; $6.55 per hour, effective July 24, 2008.

---

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or

appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

**ATTACHMENT 7 – RESIDENTIAL STANDARDS LISTING**

http://www.ice.gov/doclib/pi/familyresidential/admission_and_release.pdf

http://www.ice.gov/doclib/pi/familyresidential/residentialfile.pdf

http://www.ice.gov/doclib/pi/familyresidential/funds_and_personal.pdf

http://www.ice.gov/doclib/pi/familyresidential/hungerstrikes.pdf

http://www.ice.gov/doclib/pi/familyresidential/medicalcare.pdf

http://www.ice.gov/doclib/pi/familyresidential/suicide_prevention.pdf

http://www.ice.gov/doclib/pi/familyresidential/terminal_illness.pdf

http://www.ice.gov/doclib/pi/familyresidential/searches_of_residents.pdf

http://www.ice.gov/doclib/pi/familyresidential/residentcensus.pdf

http://www.ice.gov/doclib/pi/familyresidential/use_of_physical_force_and_restraints.pdf

http://www.ice.gov/doclib/pi/familyresidential/transfer_of_residence.pdf

http://www.ice.gov/doclib/pi/familyresidential/tool_control.pdf

http://www.ice.gov/doclib/pi/familyresidential/discipline_and_behaviormanagement.pdf

http://www.ice.gov/doclib/pi/familyresidential/contraband.pdf

http://www.ice.gov/doclib/pi/familyresidential/postorders.pdf

http://www.ice.gov/doclib/pi/familyresidential/key_and_lockcontrol.pdf

http://www.ice.gov/doclib/pi/familyresidential/sexual_abuse.pdf

http://www.ice.gov/doclib/pi/familyresidential/transportation_by_land.pdf

http://www.ice.gov/doclib/pi/familyresidential/environmentalhealth_and_safety.pdf

http://www.ice.gov/doclib/pi/familyresidential/emergencyplans.pdf

http://www.ice.gov/doclib/pi/familyresidential/foodservice.pdf

http://www.ice.gov/doclib/pi/familyresidential/grievancesystem.pdf

**Berks 02763**

http://www.ice.gov/doclib/pi/familyresidential/resident_staff_communication.pdf

http://www.ice.gov/doclib/pi/familyresidential/personalhygiene.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/legal.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/classif.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/corresp.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/grplegal.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/marreq.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/escort.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/recreat.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/cloth.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/teleacc.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/work.pdf

http://www.ice.gov/doclib/partners/dro/opsmanual/visit.pdf

http://www.ice.gov/doclib/pi/familyresidential/educationstandard.pdf

http://www.ice.gov/doclib/pi/familyresidential/staff_hiring.pdf

http://www.ice.gov/doclib/pi/familyresidential/religiouspractices.pdf

http://www.ice.gov/doclib/pi/familyresidential/housekeeping_and_voluntarywork.pdf

**Berks 02764**