# EXHIBITS 45-48

# FILED UNDER SEAL